Lauren Keller Katzenellenbogen (SBN 223370)
lauren.katzenellenbogen@fciplaw.com
David G. Kim (SBN 307821)
david.kim@fciplaw.com
Steven N. Friedland (SBN 340006)
steven.friedland@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Plaintiff
Westin Automotive Products, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTIN AUTOMOTIVE PRODUCTS, INC.,<br>Plaintiff,<br>v.<br>WARN INDUSTRIES, INC.,<br>Defendant. | Case No.: 2:26-cv-05256<br>COMPLAINT<br>**JURY TRIAL DEMANDED** |

Plaintiff Westin Automotive Products, Inc. ("Westin") hereby complains of Defendant Warn Industries, Inc. ("Warn") and alleges as follows:

## PARTIES

1. Westin is a corporation existing under the laws of the State of Delaware having a principal place of business located at 320 W. Covina Blvd., San Dimas, California 91773.

2. On information and belief, Warn is a corporation existing under the laws of the State of Delaware having a principal place of business at 12900 SE Capps Road, Clackamas, Oregon 97015 and a regular and established place of business at 4331 Eucalyptus Ave., Chino, California 91710.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the claims herein arise under the patent laws of the United States, 35 U.S.C. § 1 et seq., including 35 U.S.C. § 271.

4. This Court has personal jurisdiction over Warn because it has a regular and established place of business in the State of California and in this District. This Court also has personal jurisdiction over Warn because it regularly transacts business and offers for sale and sells its Zeon XP Winch products, including the Zeon XP 10-S, Zeon XP 12-S, and Zeon XP 14-S (the "Accused Products") in the State of California and within this District. Warn offers for sale and sells the Accused Products by shipping, distributing, and advertising them on its website (warn.com), its Amazon.com seller website, and through a network of authorized dealers in California and in this District, to customers located in this District. The Court's exercise of jurisdiction over Warn is consistent with Warn's purposeful availment of this forum and will not offend traditional notions of fair play and substantial justice.

5. Venue is proper in this Court under 28 U.S.C. § 1400(b). Warn maintains a regular and established place of business in this District, namely at 4331 Eucalyptus Ave., Chino, California 91710. As detailed below, Warn has committed, and continues to commit, acts of infringement in this District through this facility and its regional commercial activities.

6. Warn further commits acts of infringement in this District through a robust physical distribution and retail network, including authorized retailers such as 4 Wheel Parts, which maintains numerous retail storefronts and service centers within this District.

7. On information and belief, Warn utilizes its Chino facility as a strategic base of operations for the marketing, promotion, and offering for sale of winch products. For example, Warn's Fabtech division, headquartered at the Chino facility, identifies this location as a base of operations while prominently featuring winches in

its promotional materials and marketing imagery. On information and belief, through this physical presence, Warn facilitates targeted regional advertising and high-profile product demonstrations within this District, all designed to drive the sale of Accused Products.

## PATENT IN SUIT

8. Westin is the owner of all right, title, and interest in U.S. Patent No. 10,633,229 ("the '229 Patent"), titled Winch with Integrated Lighting, and Associated Systems and Methods. The '229 Patent was duly issued by the U.S. Patent and Trademark Office and is presumed valid. The '229 Patent is attached to this complaint as Exhibit 1.

9. Westin has complied with the notice requirements of 35 U.S.C. § 287(a) by consistently marking its products that practice the '019 Patent, including but not limited to the Superwinch SX Series Winches, with the '229 Patent number. Alternatively, and/or in addition, Plaintiff provided actual notice of infringement to Defendant at least as early as July 29, 2025, via letter.

## WARN'S ACCUSED ACTIVITIES AND INFRINGING CONDUCT IN THIS DISTRICT

10. The Accused Products satisfy every limitation of at least Claim 1 of the '229 Patent, either literally or under the doctrine of equivalents. Specifically, the Accused Products comprise a frame, a cable drum, and a drive motor.

11. By way of example and not limitation, the Accused Products include an integrated lighting system comprising an electrical module (as that term is used in the '229 Patent) carried by the frame. This module carries a drum light source, such as one or more light-emitting elements, positioned to illuminate at least a portion of the cable drum

12. As configured, the Accused Products allow a user to monitor, in low-light conditions, the interaction between a cable or rope and the cable drum without requiring an external handheld light source.

13. Warn facilitates the use of the Accused Products in an infringing manner by providing manuals, installation guides, and other instructional materials (both in print and digital form) to its customers. These materials specifically instruct and encourage users to utilize the Accused Products in a manner that practices the claimed method of illuminating a winch as disclosed in the ’229 Patent.

14. Warn further conducts targeted regional advertising and high-profile product demonstrations within this District. Through these demonstrations and its instructional documentation, Warn teaches users to monitor drum interaction in low-light environments using the Accused Products’ lighting.

15. Warn offers for sale and sells the Accused Products through its own website, its Amazon storefront, and authorized U.S. retailers such as 4 Wheel Parts, which distributes and sells the Accused Products at physical locations within this District. On information and belief, Warn’s Chino-based infrastructure provides commercial and marketing support to facilitate these infringing sales to consumers in this District.

16. On July 29, 2025, Westin provided written notice to Warn of the ’229 Patent and Warn’s infringement. Despite this notice and subsequent correspondence, Warn has continued to utilize its domestic facilities, its retail network, and its instructional materials to promote, use, offer for sale, and sell the Accused Products without authorization.

## COUNT I

## DIRECT AND INDIRECT PATENT INFRINGEMENT OF THE ’229 PATENT

17. Westin incorporates by reference all previous allegations as though set forth fully herein.

**Infringement of Apparatus Claims**

18. Warn has infringed, and continues to infringe, one or more claims of the ’229 Patent, including at least claim 1, under 35 U.S.C. § 271(a), literally and/or under

the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing the Accused Products.

19. The Accused Products contain all the limitations of at least claim 1 of the ’229 Patent and therefore infringe claim 1. Claim 1 of the ’229 Patent recites:

A winch with integrated lighting, comprising:

a frame;

a cable drum rotatably supported by the frame;

a drive motor operatively connected to the cable drum; an electrical module carried by the frame; and

a drum light source carried by the electrical module to illuminate at least a portion of the cable drum thereby allowing a user to see in a low light condition, interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least a portion of the cable drum.

20. The Zeon XP 10-S comprises a frame.




21. The Zeon XP 10-S comprises a cable drum rotatably supported by the frame and a drive motor operatively connected to the cable drum.



The all-new ZEON XP is Warn's top of the line – an ultimate performance pulling machine with unmatched control. It's the reliable, American assembled winch you can always count on to pull you through.

- Engineered, tested, and assembled in Clackamas, Oregon, USA.
- OEM-grade bus bars provide highly efficient electrical connections, eliminating the exposed, inefficient wiring.
- ZEON XP is built on the same platform as ZEON XD and shares the high efficiency motor and geartrain, to deliver a blazing fast no-load line speed of up to 40 ft/min–the fastest in its class.
- Improved corrosion resistant black fasteners along with improved, UV resistant bussbar covers meet the highest OEM specifications.
- Made of forged aluminum, giving superior corrosion, impact, salt, weather, and UV-resistance for long-lasting good looks.
- At the heart of the control pack is a built in HUB receiver and sensors that continuously monitor winch load, temperature, and battery voltage.
- Built-in remote operated clutch is operated with the push of button. A manual clutch lever offers users a mechanical override.
- A large drum diameter reduces rope wear, and the aluminum material helps to dissipate brake heat. The patented rope anchor system is the strongest on the market, and allows for easy rope installation.
- The highest level of protection, featuring OEM-grade O-ring rubber gaskets. This new sealing delivers a longer service life and meets the most stringent IP68 submersion and IP69K spray testing.

22. The Zeon XP 10-S comprises an electrical module carried by the frame.




23. The Zeon XP 10-S comprises a drum light source carried by the electrical module to illuminate at least a portion of the cable drum.



24. The Zeon XP 10-S's drum light source allows a user to see, in a low light condition, the interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least a portion of the cable drum.




**Live User Feedback = Confidence When Winching**

This winch provides loads of live user feedback, letting you operate the winch to the fullest while keeping you informed of its operating status.

For example, the corded remote's color-changing LED provides load and motortemperature info. If things get too hot or too heavy, you'll know and can pause the recovery.

The HUB Wireless Receiver and associated HUB smartphone app provide a richer feedback experience, so you'll get load info, motor temperature input, as well as vehicle battery voltage info all on big, easy-to-read color gauges on your phone.

ZEON XP also debuts new dynamic LED winch lighting. The LEDs illuminate the winch drum and 3D-embossed WARN logo with different colors signifying different conditions. For example, green indicates winching, red indicates that the winch is being pulled close to its limits, and white simply provides task lighting. Dynamic lighting can be beneficial in low lighting environments or for when you're farther away from the winch.

There has never been a WARN winch that keeps you this informed about the winching process, giving you the confidence to use the winch to its full potential.

**<u>Infringement of Method Claims</u>**

25. The operation and use of the Accused Products—whether by Warn or by its customers and end-users—practices each and every step of at least claim 21 of the '229 Patent. Claim 21 of the '229 Patent recites:

A method of illuminating a winch, the method comprising:

a) providing the winch comprising: a frame; a cable drum rotatably supported by the frame; a drive motor operatively connected to the cable drum; an electrical module carried by the frame; and one or more light sources carried by the electrical module to illuminate at least a portion of the cable drum;

b) positioning the one or more light sources on the winch;

directing light emitted by the one or more light sources to illuminate at least a portion of a cable drum carried by the winch thereby allowing a user to see in a low light condition, interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least a portion of the cable drum.

26. Accordingly, Warn has also infringed, and continues to infringe at least claim 21, under 35 U.S.C. § 271(a) and (b), literally and/or under the doctrine of equivalents, through: (1) its own direct acts of infringement; and/or (2) acts of joint infringement with its customers and end-users.

<u>Warn's Own Direct Acts of Infringement</u>

27. Warn has directly infringed and continues to directly infringe at least Claim 21 within the United States, including at its facility located in Clackamas, Oregon, by practicing the claimed method during the assembly, testing, quality control, and/or demonstration of the Accused Products.

28. Warn practices step (a) of claim 21 by providing a winch, such as the Zeon XP 10-S. On information and belief, Warn performs this step at its domestic facilities by making the winch available through, for example, internal hand-offs, for internal testing, quality control, or public demonstration. Warn ensures the necessary winch components are provided in a state that enables the practice of the claimed method.




29. Warn further practices step (a) of claim 21 because the Zeon XP 10-S comprise a frame.




30. Warn further practices step (a) of claim 21 because the Zeon XP 10-S comprises a cable drum rotatably supported by the frame and a drive motor operatively connected to the cable drum.



The all-new ZEON XP is Warn's top of the line – an ultimate performance pulling machine with unmatched control. It's the reliable, American assembled winch you can always count on to pull you through.

- Engineered, tested, and assembled in Clackamas, Oregon, USA.
- OEM-grade bus bars provide highly efficient electrical connections, eliminating the exposed, inefficient wiring.
- ZEON XP is built on the same platform as ZEON XD and shares the high efficiency motor and geartrain, to deliver a blazing fast no-load line speed of up to 40 ft/min—the fastest in its class.
- Improved corrosion resistant black fasteners along with improved, UV resistant bussbar covers meet the highest OEM specifications.
- Made of forged aluminum, giving superior corrosion, impact, salt, weather, and UV-resistance for long-lasting good looks.
- At the heart of the control pack is a built in HUB receiver and sensors that continuously monitor winch load, temperature, and battery voltage.
- Built-in remote operated clutch is operated with the push of button. A manual clutch lever offers users a mechanical override.
- A large drum diameter reduces rope wear, and the aluminum material helps to dissipate brake heat. The patented rope anchor system is the strongest on the market, and allows for easy rope installation.
- The highest level of protection, featuring OEM-grade O-ring rubber gaskets. This new sealing delivers a longer service life and meets the most stringent IP68 submersion and IP69K spray testing.

31. Warn further practices step (a) of claim 21 because the Zeon XP 10-S comprises an electrical module carried by the frame.




32. Warn practices step (b) of claim 21 by positioning the one or more light sources on the winch, such as the Zeon XP 10-S. Warn performs this step at its facilities in the United States through the incorporation of the one or more light sources into the electrical module during assembly such that the one or more light sources are carried by the electrical module.



33. Warn further practices step (b) of claim 21 by directing light emitted by the integrated drum light source to illuminate at least a portion of the cable drum. On information and belief, during Warn's testing, quality control, and/or demonstrations within the United States, Warn performs this step by activating the winch, such as the Zeon XP 10-S, which results in the emission of light that allows Warn's personnel to see the interaction between a cable or a rope and the cable drum in low-light conditions without requiring another light source.




**Live User Feedback = Confidence When Winching**

This winch provides loads of live user feedback, letting you operate the winch to the fullest while keeping you informed of its operating status.

For example, the corded remote's color-changing LED provides load and motortemperature info. If things get too hot or too heavy, you'll know and can pause the recovery.

The HUB Wireless Receiver and associated HUB smartphone app provide a richer feedback experience, so you'll get load info, motor temperature input, as well as vehicle battery voltage info all on big, easy-to-read color gauges on your phone.

ZEON XP also debuts new dynamic LED winch lighting. The LEDs illuminate the winch drum and 3D-embossed WARN logo with different colors signifying different conditions. For example, green indicates winching, red indicates that the winch is being pulled close to its limits, and white simply provides task lighting. Dynamic lighting can be beneficial in low lighting environments or for when you're farther away from the winch.

There has never been a WARN winch that keeps you this informed about the winching process, giving you the confidence to use the winch to its full potential.






Step 8: *CONNECT THE REMOTE CONTROL. Be careful not to let the remote control cord dangle in front of the winch. If you choose to control the winch from inside your vehicle, always pass the remote through a window to avoid pinching the cord in the door. ***Always disconnect the remote control when not in use.***

<u>Warn's Acts of Joint Infringement with Its Customers and End-Users</u>

34. Warn is also liable for joint infringement of Claim 21. Warn performs at least one step of the method and exercises direction or control over the performance of the method within the United States by Warn's customers and end-users.

35. Warn is jointly liable for infringement of step (a) of claim 21, i.e., providing a winch. Warn performs this step by shipping the assembled winch, such as the Zeon XP 10-S, to customers and end-users located in the United States or making available the assembled winch at brick-and-mortar retail stores to customers and end-users located in the United States. Warn ensures the necessary winch components are provided in a state that enables the practice of the claimed method.

36. Warn is further jointly liable for infringement of step (a) of claim 21 because the Zeon XP 10-S comprises a frame.




37. Warn is further jointly liable for infringement of step (a) of claim 21 because the Zeon XP 10-S comprises a cable drum rotatably supported by the frame and a drive motor operatively connected to the cable drum.



The all-new ZEON XP is Warn's top of the line – an ultimate performance pulling machine with unmatched control. It's the reliable, American assembled winch you can always count on to pull you through.

- Engineered, tested, and assembled in Clackamas, Oregon, USA.
- OEM-grade bus bars provide highly efficient electrical connections, eliminating the exposed, inefficient wiring.
- ZEON XP is built on the same platform as ZEON XD and shares the high efficiency motor and geartrain, to deliver a blazing fast no-load line speed of up to 40 ft/min–the fastest in its class.
- Improved corrosion resistant black fasteners along with improved, UV resistant bussbar covers meet the highest OEM specifications.
- Made of forged aluminum, giving superior corrosion, impact, salt, weather, and UV-resistance for long-lasting good looks.
- At the heart of the control pack is a built in HUB receiver and sensors that continuously monitor winch load, temperature, and battery voltage.
- Built-in remote operated clutch is operated with the push of button. A manual clutch lever offers users a mechanical override.
- A large drum diameter reduces rope wear, and the aluminum material helps to dissipate brake heat. The patented rope anchor system is the strongest on the market, and allows for easy rope installation.
- The highest level of protection, featuring OEM-grade O-ring rubber gaskets. This new sealing delivers a longer service life and meets the most stringent IP68 submersion and IP69K spray testing.

38. Warn is further jointly liable for infringement of step (a) of claim 21 because the Zeon XP 10-S comprises an electrical module carried by the frame.




39. Warn is jointly liable for infringement of step (b) of claim 21, i.e., positioning the one or more light sources on the winch, such as the Zeon XP 10-S. Warn performs this step at its facilities in the United States, such as in Clackamas, Oregon, through the incorporation of the one or more light sources into the electrical

module during assembly such that the one or more light sources are carried by the electrical module.




40. Warn is further jointly liable for infringement of step (b) of claim 21 by encouraging its customers and end-users in the United States to direct light emitted by the integrated drum light source to illuminate at least a portion of the cable drum. Warn encourages its U.S. customers and end-users through its instructions, manuals,



marketing materials, and demonstrations to activate the winch, such as the Zeon XP 10-S, which results in the emission of light that allows a user to see the interaction between a cable or a rope and the cable drum in low-light conditions without requiring another light source.

**Live User Feedback = Confidence When Winching**

This winch provides loads of live user feedback, letting you operate the winch to the fullest while keeping you informed of its operating status.

For example, the corded remote's color-changing LED provides load and motortemperature info. If things get too hot or too heavy, you'll know and can pause the recovery.

The HUB Wireless Receiver and associated HUB smartphone app provide a richer feedback experience, so you'll get load info, motor temperature input, as well as vehicle battery voltage info all on big, easy-to-read color gauges on your phone.

ZEON XP also debuts new dynamic LED winch lighting. The LEDs illuminate the winch drum and 3D-embossed WARN logo with different colors signifying different conditions. For example, green indicates winching, red indicates that the winch is being pulled close to its limits, and white simply provides task lighting. Dynamic lighting can be beneficial in low lighting environments or for when you're farther away from the winch.

There has never been a WARN winch that keeps you this informed about the winching process, giving you the confidence to use the winch to its full potential.






Step 8: *CONNECT THE REMOTE CONTROL. Be careful not to let the remote control cord dangle in front of the winch. If you choose to control the winch from inside your vehicle, always pass the remote through a window to avoid pinching the cord in the door. ***Always disconnect the remote control when not in use.***

41. The performance of the patented method within the United States is attributable to Warn because Warn directs or controls the performance of each step by the customer or end-user through its integrated product design and mandatory instructions, as described below.

42. Warn directs or controls the performance of the claimed method by conditioning access to its proprietary operational ecosystem—specifically the ability to safely operate the winch and receive real-time "Dynamic Lighting" feedback—upon the user's performance of specific activation steps within the United States. This conditioned benefit includes access to live updates on winch status, such as motor temperature and load levels, along with the task lighting necessary to monitor the interaction between the rope and the drum in low-light conditions.




Warn establishes the manner and timing of this performance within the United States through exhaustive, step-by-step instructions that mandate a specific sequence of events, dictating the timing for wireless operation by requiring the user to download the proprietary "WARN® HUB App" from U.S.-based application stores, open the interface, and hold the pairing button on the HUB Receiver for exactly "approximately 3 seconds" until a blue light flashes.




Furthermore, Warn establishes the manner of performance for corded operation by providing a proprietary "Remote Socket" (or D-plug port) which requires the user to plug in the corded remote in a specific orientation to enable winch activation.



Because the "directing light" limitation is technologically tethered to these proprietary Warn interfaces, the user's performance is not independent; rather, it is strictly dictated by Warn's technical parameters and temporal protocols, rendering Warn the mastermind of the infringing method carried out within the United States.

43. On information and belief, the Zeon XP 12-S and Zeon XP 14-S are substantially similar to the Zeon XP 10-S in all respects relevant to the '229 Patent. Specifically, the Zeon XP 10-S, 12-S, and 14-S share a common modular architecture wherein they incorporate the same frame, cable drum, drive motor, electrical module, and drum light source. Consequently, the Zeon XP 12-S and 14-S utilize the same integrated lighting system and operate in the same manner as the Zeon XP 10-S to illuminate the cable drum for the user in low-light conditions. Furthermore, on information and belief, Warn provides substantially identical marketing materials, user manuals, and technical instructions for the 10-S, 12-S, and 14-S models. These uniform materials direct and encourage users to operate each of the models in the same manner—specifically using the integrated drum light source to illuminate the cable drum in low-light conditions—thereby practicing the methods claimed in the '229 Patent.

44. Warn's infringing acts are without license or authorization from Westin.

45. Warn has had notice of its infringement of the '229 Patent no later than its receipt of Westin's July 29, 2025 letter.

46. In the alternative, by no later than the time of the filing and/or service of this Complaint, Warn knew, or should have known, that its actions constitute infringement of the '229 Patent. Warn has nonetheless continued in its infringement.

47. Warn is also liable for joint infringement of the '229 Patent because it has directed or controlled the performance of the infringing method steps by its customers and end-users, despite having actual notice of the '229 Patent since at least July 29, 2025.

48. Warn's acts of infringement of the '229 Patent recited herein have been committed, and are being committed, with knowledge of Westin's rights in the '229 Patent. Prior to the filing of this action, Warn knew, should have known, or was willfully blind to the fact, that its actions constituted infringement of the '229 Patent, given Warn's knowledge of the '229 Patent and Westin's July 29, 2025 letter. On information and belief, Warn has acted, and is continuing to act, despite an objectively high likelihood that its actions constituted direct infringement of a valid patent, and knew, or should have known, of that objectively high risk since at least the filing of this Complaint and/or the date that this Complaint was served upon it. Pursuant to 35 U.S.C. § 284, Westin is entitled to damages for Warn's infringing acts. Warn's acts further constitute willful and deliberate infringement, entitling Westin to enhanced damages under 35 U.S.C. § 284 and reasonable attorneys' fees and costs under 35 U.S.C. § 285.

49. As a direct and proximate result of Warn's infringement of the '229 Patent, Westin has suffered irreparable injury for which it has no adequate remedy at law. Unless Warn is permanently enjoined from further infringement of the '229 Patent, Westin will continue to suffer irreparable injury and impairment of the value of its patent rights.

## PRAYER FOR RELIEF

**WHEREFORE**, Westin respectfully requests that the Court enter judgment:

A. That Warn has infringed and is infringing the Asserted Patent both literally and/or under the doctrine of equivalents;

B. That Warn's infringement has been, and continues to be, willful;

C. That the Asserted Patent is valid and enforceable;

D. That Warn, its agents, employees, persons in active concert of participation with any of them, and its successors and assigns be preliminarily and permanently enjoined from infringement of the Asserted Patent, including but not limited to an injunction against making, using, offering to sell, and

selling within the United States, and importing into the United States, products covered by the Asserted Patent;

E. That Warn be ordered to account for, and pay to, Westin the damages resulting from Warn's infringement of the Asserted Patent, including Westin's lost profits, together with interests and costs, and all other damages permitted by 35 U.S.C. § 284, including enhanced damages up to three times the amount of damages found or measured, but in any event no less than a reasonable royalty;

F. For an accounting for any infringing sales not presented at trial and an award by the Court of additional damages for any such infringing sales;

G. That this action be adjudged an exceptional case and Westin be awarded its attorneys' fees, expenses, and costs in this action pursuant to 35 U.S.C. § 285; and

H. That Westin be awarded such other equitable or legal relief as this Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Westin hereby demands a trial by jury as to all triable issues.

FRIEDLAND CIANFRANI LLP

Dated: May 15, 2026

By: */s/ David G. Kim*

Lauren Keller Katzenellenbogen
David G. Kim
Steven N. Friedland
Attorneys for Westin Automotive Industries. Inc.