NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
David G. Kim (SBN: 307821)
Lauren Keller Katzenellenbogen (SBN: 223370)
Steven N. Friedland (SBN: 340006)
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste 925
Irvine, CA 92614

ATTORNEY(S) FOR: Plaintiff Westin Automotive Products, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTIN AUTOMOTIVE PRODUCTS, INC.<br><br>Plaintiff(s),<br>v.<br>WARN INDUSTRIES, INC.<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-05256<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Westin Automotive Products, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | N/A |

May 13, 2026
Date

/s/ David G. Kim
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Westin Automotive Products, Inc.