Lauren Keller Katzenellenbogen (SBN 223370)
lauren.katzenellenbogen@fciplaw.com
David G. Kim (SBN 307821)
david.kim@fciplaw.com
Steven N. Friedland (SBN 340006)
steven.friedland@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Plaintiff
Westin Automotive Products, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTIN AUTOMOTIVE PRODUCTS, INC.,<br>Plaintiff,<br>v.<br>WARN INDUSTRIES, INC.,<br>Defendant. | Case No.: 2:26-cv-05256<br>NOTICE OF ERRATA<br>**JURY TRIAL DEMANDED** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Westin Automotive Products, Inc. ("Westin"), hereby files this Notice of Errata to correct an unintentional clerical error in the Complaint (Dkt. No. 1). The Complaint did not include "Exhibit 1". Westin attaches Exhibit 1 herewith, which should be added as Docket Number 1-1 to correct this inadvertent clerical error.

Respectfully submitted,

FRIEDLAND CIANFRANI LLP

Dated: May 15, 2026

By: */s/ David G. Kim*

Lauren Keller Katzenellenbogen
David G. Kim
Steven N. Friedland
Attorneys for Westin Automotive Industries, Inc.