# EXHIBIT 1

US010633229B2

(12) **United States Patent**
**August et al.**

(10) **Patent No.: US 10,633,229 B2**
(45) **Date of Patent: Apr. 28, 2020**

(54) **WINCH WITH INTEGRATED LIGHTING, AND ASSOCIATED SYSTEMS AND METHODS**

(71) Applicant: **Westin Automotive Products, Inc.**, San Dimas, CA (US)

(72) Inventors: **Jacob August**, Sherwood, OR (US); **Ron Dennis**, Woodburn, OR (US); **Timothy Frazier**, Beaverton, OR (US); **Jon Mason**, Old Saybrook, CT (US); **Scott Salmon**, Dayville, CT (US); **Ty Hargroder**, Los Angeles, CA (US); **David Scuito**, Molalla, OR (US); **David Burns**, Wilsonville, OR (US); **Brent Nasset**, Salem, OR (US)

(73) Assignee: **Westin Automotive Products, Inc.**, San Dimas, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 267 days.

(21) Appl. No.: **15/724,756**

(22) Filed: **Oct. 4, 2017**

(65) **Prior Publication Data**

US 2018/0118530 A1 May 3, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/405,154, filed on Oct. 6, 2016.

(51) **Int. Cl.**
***B66D 1/18*** (2006.01)
***B66D 1/00*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. ***B66D 1/18*** (2013.01); ***B66D 1/005*** (2013.01); ***B66D 1/12*** (2013.01); ***B66D 1/28*** (2013.01); ***B66D 1/36*** (2013.01); ***F21V 23/002*** (2013.01); ***G02B 6/426*** (2013.01); ***H01P 1/005*** (2013.01); *G02B 6/0011* (2013.01)

(58) **Field of Classification Search**
CPC . B66D 1/005; B66D 1/18; B66D 1/36; B66D 1/12; F12V 23/002; G02B 6/0011; H01P 1/005
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,004,780 A 1/1977 Kuzarov
4,475,163 A 10/1984 Chandler et al.
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 14/735,674, filed Jun. 10, 2015, Mason.
(Continued)

*Primary Examiner* — Emmanuel M Marcelo
(74) *Attorney, Agent, or Firm* — The Dobrusin Law Firm, PC

(57) **ABSTRACT**

Winches with integrated lighting, and associated systems and methods are disclosed. A representative winch with integrated lighting can include a frame, a cable drum rotatably supported by the frame, a drive motor operatively connected to the cable drum, and an electrical module. The electrical module can include a housing with first and second end caps coupled to the housing. An elongate light guide can be mounted to the housing between the housing and the cable drum with one or more drum light sources connected to the elongate light guide.

**24 Claims, 9 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| ***G02B 6/42*** | (2006.01) |
| ***F21V 23/00*** | (2015.01) |
| ***B66D 1/36*** | (2006.01) |
| ***H01P 1/00*** | (2006.01) |
| ***B66D 1/28*** | (2006.01) |
| ***B66D 1/12*** | (2006.01) |
| *F21V 8/00* | (2006.01) |

(56) **References Cited**


U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,982,138 | A * | 11/1999 | Krieger | H02J 7/0065 320/104 |
| 5,995,347 | A | 11/1999 | Rudd et al. | |
| D471,338 | S | 3/2003 | Hodge | |
| 6,636,015 | B1 * | 10/2003 | Levine | H01M 2/1072 320/104 |
| D489,157 | S | 4/2004 | Lawson | |
| 6,799,993 | B2 * | 10/2004 | Krieger | H01M 2/1005 439/500 |
| 6,864,650 | B2 | 3/2005 | Heravi et al. | |
| D513,650 | S | 1/2006 | Elliott | |
| 7,063,306 | B2 | 6/2006 | Sanders et al. | |
| D532,577 | S | 11/2006 | Elliott et al. | |
| 7,148,580 | B2 * | 12/2006 | Sodemann | F02N 11/12 290/1 A |
| 7,201,366 | B2 | 4/2007 | Sanders et al. | |
| D550,923 | S | 9/2007 | Huang | |
| D555,874 | S | 11/2007 | Elliott et al. | |
| 7,511,443 | B2 | 3/2009 | Townsend et al. | |
| 7,578,598 | B2 * | 8/2009 | Robinson | F21S 9/02 362/183 |
| 7,891,641 | B1 | 2/2011 | Miller | |
| 8,055,403 | B2 | 11/2011 | Lowrey et al. | |
| 8,076,885 | B2 | 12/2011 | Heravi et al. | |
| D670,660 | S | 11/2012 | Cook | |
| D685,750 | S | 7/2013 | Nakagawa | |
| D703,414 | S | 4/2014 | Fretz et al. | |
| 9,014,913 | B2 | 4/2015 | Heravi et al. | |
| D741,038 | S | 10/2015 | Huang | |
| 9,315,364 | B2 * | 4/2016 | Averill | B66D 1/16 |
| D766,843 | S | 9/2016 | Fretz et al. | |
| D784,934 | S | 4/2017 | Fretz et al. | |
| D799,144 | S | 10/2017 | Cui | |
| 10,027,154 | B2 * | 7/2018 | Chiu | H02J 7/0047 |
| 2002/0156574 | A1 | 10/2002 | Fortin | |
| 2008/0150473 | A1 * | 6/2008 | Wise | H02J 7/0042 320/105 |
| 2008/0166430 | A1 | 7/2008 | Doyle et al. | |
| 2009/0242861 | A1 * | 10/2009 | Kochan | B66D 1/14 254/293 |
| 2009/0284877 | A1 | 11/2009 | Heravi et al. | |
| 2010/0319910 | A1 | 12/2010 | Ives et al. | |
| 2011/0065546 | A1 | 3/2011 | Xie et al. | |
| 2013/0154821 | A1 | 6/2013 | Miller et al. | |
| 2013/0304278 | A1 | 11/2013 | Chen | |
| 2014/0001427 | A1 | 1/2014 | Fretz et al. | |
| 2014/0139175 | A1 * | 5/2014 | Gonzalez | F02N 11/12 320/101 |
| 2014/0257631 | A1 * | 9/2014 | Heravi | B66D 1/42 701/36 |
| 2015/0091392 | A1 * | 4/2015 | Hwang | H02J 7/0045 307/150 |
| 2015/0191334 | A1 | 7/2015 | Heravi et al. | |
| 2016/0046468 | A1 | 2/2016 | Heravi et al. | |
| 2016/0311667 | A1 | 10/2016 | Huang | |
| 2016/0311668 | A1 | 10/2016 | Huang | |
| 2017/0012448 | A1 * | 1/2017 | Miller | H02J 7/0031 |
| 2017/0062148 | A1 | 3/2017 | Legel | |
| 2017/0320709 | A1 | 11/2017 | Frazier et al. | |
| 2017/0321851 | A1 * | 11/2017 | Fretz | B63B 21/14 |

OTHER PUBLICATIONS

U.S. Appl. No. 15/640,091, filed Jun. 30, 2017, Dennis.
U.S. Appl. No. 15/722,234, filed Oct. 2, 2017, Karambelas.
U.S. Appl. No. 15/722,396, filed Oct. 2, 2017, August.
U.S. Appl. No. 15/724,652, filed Oct. 4, 2017, August.
U.S. Appl. No. 15/724,853, filed Oct. 4, 2017, August.
U.S. Appl. No. 15/793,451, filed Oct. 25, 2017, August.
U.S. Appl. No. 15/793,544, filed Oct. 25, 2017, August.
U.S. Appl. No. 29/563,917, filed Nov. 14, 2017, August.
U.S. Appl. No. 29/563,921, filed May 9, 2016, Frazier.
U.S. Appl. No. 29/579,766, filed Oct. 3, 2016, August.
"Automotive Winch Intruction Manual," Comeup Industries Inc., http://www.comeup.com/Archive/_eng/all_pdf_eng/Comeup_Automotive_Winch_Instruction_Manual-eng.pdf, Aug. 1, 2013, 22 pages.
Superwinch, "Superwinch SI Industrial Winches," YouTube, https://www.youtube.com/watch?v=bMiDddvCZgs>, accessed Nov. 21, 2016, 1 page.
"The Comeup Cone Brake Structure," Comeup USA, http://comeupusa.com/2017/04/the-comeup-cone-brake-structure/, Apr. 28, 2017, 2 pages.


* cited by examiner




FIG. 1




FIG. 2




FIG. 3




FIG. 4



136
118
134
126
140
142
122
144
123
138
124
128


FIG. 6



122
126
134
124
138
128
130
118
136
132
133
131


FIG. 5




FIG. 7




FIG. 9




FIG. 8




FIG. 10




FIG. 12




FIG. 11

# WINCH WITH INTEGRATED LIGHTING, AND ASSOCIATED SYSTEMS AND METHODS

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of and priority to U.S. Patent Application No. 62/405,154, filed Oct. 6, 2016, the disclosure of which is incorporated herein by reference in its entirety.

## TECHNICAL FIELD

This present technology is directed to winches and, more specifically, to winches with integrated lighting, and associated systems and methods.

## BACKGROUND

Winches are typically employed in situations where a vehicle is unable to negotiate an obstacle (e.g., mud or rocks) on its own. For example, a winch is typically used to help extract the vehicle and/or to stabilize the vehicle while negotiating steep terrain. As such, winching operations can involve heavy loads. Therefore, an operator should carefully monitor the winch, particularly the cable drum. In low light conditions, it can be especially difficult for the operator to manage the cable or rope as it winds onto the winch drum.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of representative winches with integrated lighting described herein may be better understood by referring to the following Detailed Description in conjunction with the accompanying drawings, in which like reference numerals indicate identical or functionally similar elements:

FIG. **1** is an isometric view of a winch with integrated lighting in accordance with some embodiments of the present technology, as viewed from the right side;

FIG. **2** is an isometric view of the winch shown in FIG. **1** as viewed from the left side;

FIG. **3** is an isometric view of the winch shown in FIGS. **1** and **2** as viewed from underneath;

FIG. **4** is an isometric view of a left side end cap assembly in accordance with some embodiments of the present technology;

FIG. **5** is an exploded isometric view of the end cap assembly shown in FIG. **4** as viewed from the back side;

FIG. **6** is an exploded isometric view of the end cap assembly shown in FIG. **4** as viewed from the front side;

FIG. **7** is an isometric view of a right side end cap assembly in accordance with some embodiments of the present technology;

FIG. **8** is an exploded isometric view of the end cap assembly shown in FIG. **7** as viewed from the front side;

FIG. **9** is an exploded isometric view of the end cap assembly shown in FIG. **7** as viewed from the back side;

FIG. **10** is an isometric interior view of the control module housing configured in accordance with some embodiments of the present technology;

FIG. **11** is an exploded isometric view of the control module housing shown in FIG. **10**;

FIG. **12** is an exploded isometric view of the control module housing shown in FIG. **10** as viewed from underneath.



The headings provided herein are for convenience only and do not necessarily affect the scope of the embodiments. Further, the drawings have not necessarily been drawn to scale. For example, the dimensions of some of the elements in the figures may be expanded or reduced to help improve the understanding of the embodiments. Moreover, while the disclosed technology is amenable to various modifications and alternative forms, specific embodiments have been shown by way of example in the drawings and are described in detail below. The intention, however, is not to unnecessarily limit the embodiments described. On the contrary, the embodiments are intended to cover all suitable modifications, combinations, equivalents, and/or alternatives of the technology falling within the scope of this disclosure.

## DETAILED DESCRIPTION

### Overview

In some embodiments, the disclosed winches with integrated lighting can include a frame assembly, a cable drum rotatably supported by the frame assembly, a drive motor operatively connected to the cable drum, and an electrical module positioned adjacent the cable drum. The electrical module can include a housing with an elongate light guide mounted to the housing between the housing and the cable drum. One or more light emitting diodes (LEDs) can be positioned to illuminate the light guide. In some embodiments, the electrical module can include an auxiliary power port including an annular light guide positioned around the power port and one or more LEDs positioned to illuminate the annular light guide. In some embodiments, the electrical module can include a remote control connector and a removable protective boot. The protective boot can include a light guide frame positioned on an outward facing surface of the boot. One or more LEDs can be positioned to illuminate the light guide frame when the boot is in position to cover the remote control connector.

### General Description

Various examples of the devices introduced above will now be described in further detail. The following description provides specific details for a thorough understanding and enabling description of these examples. One skilled in the relevant art will understand, however, that the techniques and technology discussed herein may be practiced without many of these details. Likewise, one skilled in the relevant art will also understand that the technology can include many other features not described in detail herein. Additionally, some well-known structures and/or functions may not be shown or described in detail below so as to avoid unnecessarily obscuring the relevant description.

FIG. **1** illustrates a winch **100** having integrated lighting. The winch **100** can include a frame assembly **102** that supports a drive motor **106** which powers a cable drum **104**. The drive motor **106** drives the drum **104** through a gear train assembly **110**. A clutch mechanism **115** engages and disengages the drum **104** from the gear train assembly **110** to facilitate quickly and easily unwinding the cable from the drum **104**. An electrical module, such as a winch control module **108** can span across the cable drum **104** and houses control circuitry for the winch **100**. The control module **108** can include various illuminated features. For example, in some embodiments, the control module **108** can include an illuminated remote control connector assembly **112** with a protective boot **114**. The boot **114** can be removed to connect a remote winch controller (not shown) to the control module **108**.

With reference to FIG. **2**, the control module **108** can include one or more illuminated power ports **116**. The power ports **116** can provide power to auxiliary equipment such as spot lights and/or air compressors (not shown), for example. In some embodiments, the control module **108** can include an indicator assembly **118** including an indicator light, such as a tri-color light emitting diode (LED), to indicate a status of the winch (e.g., motor current draw). With reference to FIG. **3**, the control module **108** can also include a drum light assembly **120** positioned between the control module **108** and the cable drum **104** to illuminate the cable drum **104**.

FIG. **4** illustrates a first endcap **122** of the control module **108** (FIG. **2**) which supports the power port **116** (FIG. **2**) and an associated annular light guide assembly **124**. In some embodiments, the first end cap **122** also supports the indicator assembly **118** (also shown in FIG. **2**) on a mounting tab **126**.

With further reference to FIGS. **5** and **6**, the indicator assembly **118** can include a tri-color LED **134** mounted to the mounting tab **126**, and an indicator lens **136** covering the tri-color LED. The annular light guide assembly **124** can include an annular light guide **128** including one or more sockets **130** and an attachment post **132**. The socket **130** is adapted to receive a light source from one or more sources, such as a power port LED **138**. The annular light guide **128** can comprise a light guide, light pipe, or lens material, such as a clear, transparent, and/or translucent plastic material, for example. Accordingly, light emitted from the LED **138** is distributed around the annular light guide **128** to illuminate the power port **116** (FIG. **2**). Multiple light sources can be used to provide a more even distribution of light intensity.

The end cap **122** can include an annular groove **140**, shown in FIG. **6**, configured to receive the light guide **128** such that the light guide **128** is flush with an end cap surface **123**. A socket aperture **142** and a post aperture **144** can be formed in the groove **140** to receive the socket **130** and the attachment post **132** (shown in FIG. **5**). The socket **130** and the attachment post **132** each include one or more barbs **131** and **133** (FIG. **5**), respectively, to retain the light guide **128** in the groove **140**.

FIG. **7** illustrates a second endcap **150** of the control module **108** (FIG. **2**) which supports the remote control connector assembly **112** (FIG. **1**). The second endcap **150** can include a connector recess **152** with a connector opening **154** to receive a remote control connector (not shown). The remote control connector assembly **112** is illuminated by one or more light sources, such as a connector LED **156** positioned in a socket **158**. With further reference to FIGS. **8** and **9**, the connector recess **152** is configured to receive the protective boot **114**. The boot **114** can include a groove **162** configured to receive a light guide **170**. The boot **114** can include apertures **164** and **166** to receive a pair of attachment posts **174** and **176** (FIG. **9**) extending from the light guide **170**.

When the boot **114** is installed in the connector recess **152**, light emitted from the connector LED **156** travels through the socket **158**, through the aperture **164**, and into the attachment post **174** to illuminate the light guide **170**. With reference to FIG. **8**, when the boot **114** is removed from the connector recess **152** (to allow connection to a connector positioned in the socket **158**), light from the connector LED **156** shines into the area of the recess **152** to illuminate the connector (not shown).

As shown in FIGS. **10-12**, the control module housing **180** supports the drum light assembly **120**. As shown in FIG. **11**, the drum light assembly **120** can include an elongate light guide **182** and one or more light sources, such as drum LEDs **186**. The elongate light guide **182** can include a pair of sockets **184** extending from the light guide **182** and configured to receive the drum LEDs **186**. As shown in FIG. **12**, the housing **180** can include an elongate groove **188** corresponding to (e.g., sized and shaped to receive) the light guide **182**. One or more apertures **190** can be formed in the groove **188** to receive the sockets **184**, thereby retaining the light guide **182** in the groove **188**.

The indicator LED **134**, power port LED **138**, connector LED **156**, and drum light LEDs **186** described above can all be powered via the winch with a suitable electrical power supply, such as a vehicle's battery. The lights can be controlled as desired with suitable electronic controls housed in the control module **108**, for example. In some embodiments, the lighting can be activated by tying into the vehicle's lighting system or through a separate switch.

One feature of winches with integrated lighting having configurations in accordance with the embodiments described above is that selected portions of the winch can be illuminated to facilitate operating and connecting controls and auxiliary equipment to the winch. An advantage of this arrangement is that an operator can carefully monitor the winch, particularly the cable drum, in low light conditions, where it would otherwise be difficult for the operator to see the cable or rope as it winds onto the cable drum. Having integrated lighting on the winch to illuminate the cable drum, power ports, and/or remote connector is much more convenient than having to hold a light source (e.g., a flashlight). Furthermore, a flashlight is not always available, and holding a flashlight occupies one of the user's hands that would otherwise be available for performing winching operations.

The above description, drawings, and appendices are illustrative and are not to be construed as limiting. Numerous specific details are described to provide a thorough understanding of the disclosure. However, in some instances, well-known details are not described in order to avoid obscuring the description. Further, various modifications may be made without deviating from the scope of the embodiments.

Reference in this specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the disclosure. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments. Moreover, various features are described which may be exhibited by some embodiments and not by others. Similarly, various requirements are described which may be requirements for some embodiments but not for other embodiments.

The terms used in this specification generally have their ordinary meanings in the art, within the context of the disclosure, and in the specific context where each term is used. It will be appreciated that the same thing can be said in more than one way. Consequently, alternative language and synonyms may be used for any one or more of the terms discussed herein, and any special significance is not to be placed upon whether or not a term is elaborated or discussed herein. Synonyms for some terms are provided. A recital of one or more synonyms does not exclude the use of other synonyms. The use of examples anywhere in this specification, including examples of any term discussed herein, is illustrative only and is not intended to further limit the scope and meaning of the disclosure or of any exemplified term.

Likewise, the disclosure is not limited to various embodiments given in this specification. Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this disclosure pertains. In the case of conflict, the present document, including definitions, will control.

In some embodiments, a representative winch with integrated lighting comprises a frame assembly; a cable drum rotatably supported in the frame assembly; a drive motor operatively connected to the cable drum; and an electrical module positioned adjacent the cable drum, the electrical module including a light source positioned to illuminate the cable drum.

In some embodiments, a representative winch with integrated lighting comprises a frame assembly; a cable drum rotatably supported in the frame assembly; a drive motor operatively connected to the cable drum; and an electrical module positioned adjacent the cable drum, the electrical module including a housing; an elongate light guide mounted to the housing between the housing and the cable drum; and one or more light emitting diodes (LEDs) positioned to illuminate the light guide. In some embodiments, the electrical module can include an auxiliary power port including an annular light guide positioned around the power port and one or more LEDs positioned to illuminate the annular light guide. In some embodiments, the electrical module can include a remote control connector and a removable protective boot. The protective boot can include a light guide frame positioned on an outward facing surface of the boot. One or more LEDs can be positioned to illuminate the light guide frame when the boot is in position to cover the remote control connector.

In some embodiments, a representative method of illuminating a winch can include positioning one or more light sources on the winch and directing light emitted by the one or more light sources to illuminate at least a portion of a cable drum carried by the winch. In some embodiments, selected ones of the one or more light sources can be directed to illuminate other portions of the winch such as a power port, a remote control connector, a winch drum, and/or a winch clutch handle. In some embodiments, the method can include connecting the light source to an electrical connection within a housing of the winch. In some embodiments, the one or more light sources is not supported by a user. In some embodiments, the one or more light sources is not a handheld light source. In some embodiments, the method can include positioning an elongate light guide proximate the one or more light sources to direct the light emitted by the one or more light sources to illuminate at least a portion of the cable drum.

The following examples provide additional embodiments of the present technology.

EXAMPLES

1. A winch with integrated lighting, comprising:
- a frame;
- a cable drum rotatably supported by the frame;
- a drive motor operatively connected to the cable drum;
- an electrical module carried by the frame; and
- a drum light source carried by the electrical module to illuminate at least a portion of the cable drum.

2. The winch of example 1, further comprising an auxiliary power port carried by the electrical module and a power port light source carried by the electrical module to illuminate at least a portion of the power port.



3. The winch of example 1 or 2, further comprising a remote control connector carried by the electrical module and a connector light source carried by the electrical module to illuminate at least a portion of the remote control connector.

4. The winch of any one of examples 1-3, wherein the drum light source comprises one or more light emitting diodes.

5. A winch with integrated lighting, comprising:
- a frame;
- a cable drum rotatably supported by the frame;
- a drive motor operatively connected to the cable drum; and
- an electrical module, including:
  - a housing;
  - first and second end caps coupled to the housing;
  - an elongate light guide mounted to the housing between the housing and the cable drum; and
  - one or more drum light sources connected to the elongate light guide.

6. The winch of example 5, wherein the elongate light guide includes a pair of sockets extending from the light guide and positioned to receive a corresponding pair of drum light sources.

7. The winch of example 5 or 6, wherein the housing includes a groove corresponding to the elongate light guide and a pair of apertures positioned in the groove to receive the pair of sockets, thereby retaining the light guide in the groove.

8. The winch of any one of examples 5-7, further comprising an auxiliary power port carried by the electrical module and including an annular light guide positioned around the power port and one or more power port light sources positioned to illuminate the annular light guide.

9. The winch of any one of examples 5-8, wherein the auxiliary power port is supported by the first end cap.

10. The winch of any one of examples 5-9, further comprising a remote control connector carried by the electrical module and one or more connector light sources carried by the electrical module to illuminate at least a portion of the remote control connector.

11. The winch of any one of examples 5-10, wherein the remote control connector is supported by the second end cap in a connector recess.

12. The winch of any one of examples 5-11, further comprising a removable protective boot positioned in the connector recess to cover the remote control connector.

13. The winch of any one of examples 5-12, wherein the protective boot includes a light guide frame positioned on an outward facing surface of the protective boot, wherein the light guide frame includes one or more attachment posts positioned to receive light from the connector light source when the boot is positioned in the connector recess.

14. A winch with integrated lighting, comprising:
- a frame;
- a cable drum rotatably supported by the frame;
- a drive motor operatively connected to the cable drum; and
- an electrical module, including:
  - an elongate light guide having one or more sockets extending from the light guide;
  - one or more drum light sources each positioned in a corresponding socket;
  - a housing including a groove corresponding to the elongate light guide and one or more apertures positioned in the groove to receive a corresponding socket to retain the light guide in the groove;

an auxiliary power port carried by the electrical module; and

a power port light source carried by the electrical module to illuminate at least a portion of the power port.

15. The winch of example 14, wherein the light guide is positioned between the housing and the cable drum.

16. The winch of example 14 or 15, further comprising a power port light guide positioned around the auxiliary power port.

17. The winch of any one of examples 14-16, further comprising first and second end caps coupled to the housing, and wherein the auxiliary power port is supported by the first end cap.

18. The winch of any one of examples 14-17, further comprising a remote control connector positioned on the electrical module and one or more connector light sources positioned on the electrical module to illuminate the remote control connector.

19. The winch of any one of examples 14-18, wherein the remote control connector is supported by the second end cap in a connector recess.

20. The winch of any one of examples 14-19, further comprising a removable protective boot positioned in the connector recess to cover the remote control connector, wherein the protective boot includes a light guide frame positioned on an outward facing surface of the protective boot, wherein the light guide frame includes one or more attachment posts positioned to receive light from the connector light source when the boot is positioned in the connector recess.

21. A method of illuminating a winch, the method comprising:

positioning one or more light sources on the winch;

directing light emitted by the one or more light sources to illuminate at least a portion of a cable drum carried by the winch; and

connecting the light source to an electrical connection within a housing of the winch.

22. The method of example 21, wherein the one or more light sources is not supported by a user.

23. The method of example 21 or 22, wherein the one or more light sources is not a handheld light source.

24. The method of any one of examples 21-23, further comprising positioning an elongate light guide proximate the one or more light sources to direct the light emitted by the one or more light sources to illuminate at least a portion of the cable drum.

What is claimed is:

**1**. A winch with integrated lighting, comprising: a frame;

a cable drum rotatably supported by the frame;

a drive motor operatively connected to the cable drum; an electrical module carried by the frame; and

a drum light source carried by the electrical module to illuminate at least a portion of the cable drum thereby allowing a user to see in a low light condition, interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least a portion of the cable drum.

**2**. The winch of claim **1**, further comprising an auxiliary power port carried by the electrical module and a power port light source carried by the electrical module to illuminate at least a portion of the power port.

**3**. The winch of claim **1**, further comprising a remote control connector carried by the electrical module and a connector light source carried by the electrical module to illuminate at least a portion of the remote control connector.

**4**. The winch of claim **1**, wherein the drum light source comprises one or more light emitting diodes.

**5**. A winch with integrated lighting, comprising: a frame;

a cable drum rotatably supported by the frame;

a drive motor operatively connected to the cable drum; and

an electrical module, including:

a housing;

first and second end caps coupled to the housing;

an elongate light guide mounted to the housing between the housing and the cable drum; and

one or more drum light sources connected to the elongate light guide wherein the one or more drum light sources illuminate at least a portion of the cable drum thereby allowing a user to see in a low light condition, interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least one portion of the cable drum.

**6**. The winch of claim **5**, wherein the elongate light guide includes a pair of sockets extending from the light guide and positioned to receive a corresponding pair of drum light sources.

**7**. The winch of claim **6**, wherein the housing includes a groove corresponding to the elongate light guide and a pair of apertures positioned in the groove to receive the pair of sockets, thereby retaining the light guide in the groove.

**8**. The winch of claim **5**, further comprising an auxiliary power port carried by the electrical module and including an annular light guide positioned around the power port and one or more power port light sources positioned to illuminate the annular light guide.

**9**. The winch of claim **8**, wherein the auxiliary power port is supported by the first end cap.

**10**. The winch of claim **8**, further comprising a remote control connector carried by the electrical module and one or more connector light sources carried by the electrical module to illuminate at least a portion of the remote control connector.

**11**. The winch of claim **10**, wherein the remote control connector is supported by the second end cap in a connector recess.

**12**. The winch of claim **11**, further comprising a removable protective boot positioned in the connector recess to cover the remote control connector.

**13**. The winch of claim **12**, wherein the protective boot includes a light guide frame positioned on an outward facing surface of the protective boot, wherein the light guide frame includes one or more attachment posts positioned to receive light from the connector light source when the boot **1***s* positioned in the connector recess.

**14**. A winch with integrated lighting, comprising: a frame;

a cable drum rotatably supported by the frame;

a drive motor operatively connected to the cable drum; and

an electrical module, including:

an elongate light guide having one or more sockets extending from the light guide;

one or more drum light sources each positioned in a corresponding socket;

a housing including a groove corresponding to the elongate light guide and one or more apertures positioned in the groove to receive a corresponding socket to retain the light guide in the groove;

an auxiliary power port carried by the electrical module; and

a power port light source carried by the electrical module to illuminate at least a portion of the power port.

**15**. The winch of claim **14**, wherein the light guide is positioned between the housing and the cable drum.

**16**. The winch of claim **14**, further comprising a power port light guide positioned around the auxiliary power port.

**17**. The winch of claim **16**, further comprising first and second end caps coupled to the housing, and wherein the auxiliary power port is supported by the first end cap.

**18**. The winch of claim **17**, further comprising a remote control connector positioned on the electrical module and one or more connector light sources positioned on the electrical module to illuminate the remote control connector.

**19**. The winch of claim **18**, wherein the remote control connector is supported by the second end cap in a connector recess.

**20**. The winch of claim **19**, further comprising a removable protective boot positioned in the connector recess to cover the remote control connector, wherein the protective boot includes a light guide frame positioned on an outward facing surface of the protective boot, wherein the light guide frame includes one or more attachment posts positioned to receive light from the connector light source when the boot is positioned in the connector recess.

**21**. A method of illuminating a winch, the method comprising:

a) providing the winch comprising: a frame; a cable drum rotatably supported by the frame; a drive motor operatively connected to the cable drum; an electrical module carried by the frame; and one or more light sources carried by the electrical module to illuminate at least a portion of the cable drum;

b) positioning the one or more light sources on the winch;

directing light emitted by the one or more light sources to illuminate at least a portion of a cable drum carried by the winch thereby allowing a user to see in a low light condition, interaction between a cable or a rope and the cable drum without requiring another light source to illuminate the at least a portion of the cable drum.

**22**. The method of claim **21**, wherein the one or more light sources is not supported by a user.

**23**. The method of claim **22**, wherein the one or more light sources is not a handheld light source.

**24**. The method of claim **21**, further comprising positioning an elongate light guide proximate the one or more light sources to direct the light emitted by the one or more light sources to illuminate the at least a portion of the cable drum.

* * * * *