Lauren Keller Katzenellenbogen (SBN 223370)
lauren.katzenellenbogen@fciplaw.com
David G. Kim (SBN 307821)
david.kim@fciplaw.com
**FRIEDLAND CIANFRANI LLP**
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Plaintiff
Westin Automotive Products, Inc.

Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Attorney for Defendant
Warn Industries, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

WESTIN AUTOMOTIVE PRODUCTS, INC.,

Plaintiff,

v.

WARN INDUSTRIES, INC.,

Defendant.

Case No. 2:26-cv-05256-RGK-AYP

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Assigned to the Honorable R. Gary Klausner

Complaint filed: May 15, 2026

Service Waived: July 31, 2026
Current Response Date: September 29, 2026
New Response Date: October 29, 2026

Plaintiff Westin Automotive Products, Inc., ("Plaintiff") and Defendant Warn Industries, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) with reference to the following facts:

**WHEREAS**, Plaintiff filed the above-captioned action on or about May 15, 2026;

**WHEREAS**, Defendant waived service on July 31, 2026 and that executed waiver was filed on August 7, 2026 (Dkt. 12);

**WHEREAS**, the current deadline for Defendant to respond to Plaintiff's initial complaint is September 29, 2026;

**WHEREAS**, in order to give the Parties additional time for settlement negotiations, the Parties have agreed that the deadline for Defendant to respond to Plaintiff's initial complaint should be extended by thirty (30) days to October 29, 2026;

**WHEREAS**, there have been no prior extensions of Defendant's time to respond to Plaintiff's initial complaint in this action; and

**WHEREAS,** the Court has not yet entered a scheduling order or set the scheduling conference in this action.

**NOW, THEREFORE**, the Parties hereby stipulate to extend the deadline for Defendant to answer, move, or otherwise respond to the initial complaint from September 29, 2026 to October 29, 2026, it being expressly noted that the Parties retain all their respective claims, rights, and defenses. This Stipulation extends no deadline other than Defendant's deadline to respond to the initial complaint and alters no date set by order of the Court.

///

///

///

IT IS SO STIPULATED.

**RESPECTFULLY SUBMITTED.**

K&L GATES LLP

Dated: September 25, 2026 By: /s/ Erik J. Halverson

Erik J. Halverson

Attorney for Defendant Warn Industries, Inc.

FRIEDLAND CIANFRANI LLP

Dated: September 25, 2026 By: /s/ David G. Kim

David G. Kim

Attorney for Plaintiff Westin Automotive Products, Inc.

SIGNATURE ATTESTATION

I, Erik J. Halverson, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Erik J. Halverson
Erik J. Halverson

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2026, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service on this date of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System.

/s/ Erik J. Halverson
Erik J. Halverson