# EXHIBIT A

US011001482B2

(12) **United States Patent**
**Fretz et al.**

(10) **Patent No.: US 11,001,482 B2**
(45) **Date of Patent: May 11, 2021**

(54) **WINCH INCLUDING A MOTOR MOUNTED CONTACTOR**

(71) Applicant: **Warn Industries, Inc.**, Clackamas, OR (US)

(72) Inventors: **Darren G. Fretz**, Oregon City, OR (US); **Bryan Averill**, Portland, OR (US); **Clark Brumet**, Happy Valley, OR (US); **Thomas Paasch**, Milwaukie, OR (US); **Kevin Christensen**, Portland, OR (US)

(73) Assignee: **WARN INDUSTRIES, INC.**, Clackamas, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 740 days.

(21) Appl. No.: **15/809,342**

(22) Filed: **Nov. 10, 2017**

(65) **Prior Publication Data**

US 2018/0170724 A1 Jun. 21, 2018

**Related U.S. Application Data**

(60) Provisional application No. 62/436,362, filed on Dec. 19, 2016.

(51) **Int. Cl.**
***H02K 11/00*** (2016.01)
***H02K 11/33*** (2016.01)
(Continued)

(52) **U.S. Cl.**
CPC ................ ***B66D 1/12*** (2013.01); ***B66D 1/28*** (2013.01); ***B66D 1/40*** (2013.01); ***B66D 1/485*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... B66D 1/12; B66D 3/20; B66D 1/28; B66D 1/40; B66D 1/485; B66D 2700/0141;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,884,784 A 12/1989 Nix et al.
5,853,165 A 12/1998 Kuivamaki
(Continued)

FOREIGN PATENT DOCUMENTS

CH 323104 A 7/1957
CN 102893504 A 1/2013
(Continued)

OTHER PUBLICATIONS

Chinese Office Action and English translation for related Chinese Application No. 201711374157.0; action dated Apr. 3, 2020; (15 pages).
(Continued)

*Primary Examiner* — John K Kim
(74) *Attorney, Agent, or Firm* — K&L Gates LLP

(57) **ABSTRACT**

Methods and systems are provided for a winch including a motor and a contactor assembly coupled around the motor. In one example, the contactor assembly is coupled around and in face-sharing contact with a portion of an outer surface of the motor. Additionally, the contactor assembly may include two or more coils spaced apart from one another within the contactor assembly.

**10 Claims, 15 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| ***B66D 1/12*** | (2006.01) |
| ***B66D 3/20*** | (2006.01) |
| ***H02K 5/22*** | (2006.01) |
| ***H02K 7/10*** | (2006.01) |
| ***H02K 11/20*** | (2016.01) |
| ***H02K 11/21*** | (2016.01) |
| ***H02K 11/25*** | (2016.01) |
| ***H02K 11/26*** | (2016.01) |
| ***H02K 11/27*** | (2016.01) |
| ***H02K 11/35*** | (2016.01) |
| ***H02K 11/40*** | (2016.01) |
| ***B66D 1/28*** | (2006.01) |
| ***B66D 1/40*** | (2006.01) |
| ***H02K 5/14*** | (2006.01) |
| ***H02K 7/116*** | (2006.01) |
| ***H02K 7/14*** | (2006.01) |
| ***H02K 11/30*** | (2016.01) |
| ***H02P 29/40*** | (2016.01) |
| ***B66D 1/48*** | (2006.01) |
| ***H02K 3/04*** | (2006.01) |
| ***H02K 23/66*** | (2006.01) |

(52) **U.S. Cl.**
CPC ................. ***B66D 3/20*** (2013.01); ***H02K 3/04*** (2013.01); ***H02K 5/14*** (2013.01); ***H02K 5/143*** (2013.01); ***H02K 5/225*** (2013.01); ***H02K 7/1004*** (2013.01); ***H02K 7/116*** (2013.01); ***H02K 7/14*** (2013.01); ***H02K 11/0094*** (2013.01); ***H02K 11/20*** (2016.01); ***H02K 11/21*** (2016.01); ***H02K 11/25*** (2016.01); ***H02K 11/26*** (2016.01); ***H02K 11/27*** (2016.01); ***H02K 11/30*** (2016.01); ***H02K 11/33*** (2016.01); ***H02K 11/35*** (2016.01); ***H02K 11/40*** (2016.01); ***H02K 23/66*** (2013.01); ***H02P 29/40*** (2016.02); *B66D 2700/0141* (2013.01)

(58) **Field of Classification Search**
CPC ...... H02K 5/225; H02K 7/1004; H02K 11/20; H02K 11/21; H02K 11/25; H02K 11/26; H02K 11/27; H02K 11/35; H02K 11/40; H02K 5/143; H02K 7/116; H02K 7/14; H02K 11/30; H02K 3/04; H02K 5/14; H02K 23/66; H02K 11/33; H02K 11/0094; H02K 13/00; H02K 13/10; H02P 29/40
USPC ..................................... 310/71, 89, 233, 239
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | | |
|---|---|---|---|---|---|
| 5,877,569 | A | | 3/1999 | Heinrich | |
| 6,127,752 | A | * | 10/2000 | Wiesler | B60J 7/0573 310/238 |
| 7,891,641 | B1 | | 2/2011 | Miller | |
| 8,154,169 | B2 | * | 4/2012 | Qin | H01R 39/44 310/242 |
| 9,156,665 | B2 | | 10/2015 | Yoder et al. | |
| 9,266,702 | B2 | * | 2/2016 | Fretz | B66D 1/02 |
| 9,902,597 | B2 | * | 2/2018 | Huang | B66D 1/00 |
| 10,112,808 | B2 | * | 10/2018 | Fretz | B66D 1/22 |
| 10,233,061 | B2 | * | 3/2019 | Averill | B66D 1/12 |
| 2004/0145261 | A1 | | 7/2004 | Ganter et al. | |
| 2006/0091841 | A1 | | 5/2006 | Roussel | |
| 2007/0221898 | A1 | * | 9/2007 | Giacomini | B66D 1/225 254/323 |
| 2009/0079281 | A1 | | 3/2009 | Best et al. | |
| 2011/0215285 | A1 | | 9/2011 | Akhavein et al. | |
| 2014/0001427 | A1 | | 1/2014 | Fretz | |
| 2014/0049126 | A1 | | 2/2014 | Jiant et al. | |
| 2014/0225464 | A1 | * | 8/2014 | Honda | H02K 11/40 310/71 |
| 2014/0264211 | A1 | | 9/2014 | Yoder et al. | |
| 2015/0326099 | A1 | * | 11/2015 | Qin | H02K 13/00 310/239 |
| 2016/0065039 | A1 | * | 3/2016 | Heck | H01R 39/385 310/50 |
| 2018/0170724 | A1 | * | 6/2018 | Fretz | B66D 1/485 |
| 2018/0175713 | A1 | * | 6/2018 | Fretz | H02K 11/21 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 103975512 | A | 8/2014 |
| CN | 105073624 | A | 11/2015 |
| CN | 105102361 | A | 11/2015 |
| CN | 105752868 | A | 7/2016 |
| DE | 911032 | C | 5/1954 |
| DE | 102014007242 | A1 | 11/2015 |
| EP | 0575045 | A2 | 12/1993 |
| EP | 0831012 | A2 | 3/1998 |
| FR | 1466692 | A | 1/1967 |
| JP | H08144902 | A | 6/1996 |
| JP | H10338477 | A | 12/1998 |
| JP | 2000023408 | A | 1/2000 |

OTHER PUBLICATIONS

Chinese Office Action and English translation for related Chinese Application No. 201711375265.X; action dated Apr. 3, 2020; (21 pages).
NL Search Report for related NL Application No. 2019911; report dated Jun. 29, 2018; (18 pages).
NL Search Report for related NL Application No. 2019912; report dated Jun. 29, 2018; (16 pages).
NL Search Report for related NL Application No. 2019913; report dated Jul. 6, 2018; (16 pages).
Chinese Office Action and English translations for related Chinese Application No. 201711376453.4; action dated Feb. 25, 2019; (12 pages).
Chinese Office Action for related Chinese Application No. 201711375265.X; action dated Apr. 30, 2019; (11 pages).
Chinese Office Action for related Chinese Application No. 201711374157.0; action dated Apr. 30, 2019; (12 pages).
Chinese Office Action for related Chinese Application No. 201711376453.4; action dated Aug. 2, 2019; (3 pages).


* cited by examiner


100
102
104
105
106
108
110
112
114
116
118
119
120
122
126
150
160
164
165
170
171
175
180
182
184
190
192
195
199
z
y
x

FIG. 1


x
z
y
195
190
269
235
200
222
267
190
229
202
265
106
218
227
216
222
221
220
223
233
237
210
180
204
225
182
269
184
105
199
226
207
214
205
231
206
201
230
224
228
200
110
209
208

FIG. 2


362
226
216
221
300
210
205
207
106
195
x
z
200
224
235
223
218
202
218
329
204
199
228
105
206
331
201
225
110
230
360
327
190

FIG. 3A




FIG. 3B



FIG. 4


x
z
195
190
405
426
210
562
407
400
500
550
106
406
431
432
428
502
434
490
105
402
331
436
401
206
504
110
230
560
190

FIG. 5


TO GEAR SET
600
601
602
603
604
606
608
609
610
612
614
616
618
620
622
624
626
627
629

FIG. 6


700
718
710
711
724
726
704
720
722
716
726
714
720
708
724
712
702
734
732
728
730
706

FIG. 7




FIG. 8




FIG. 9




FIG. 10A




FIG. 10D




FIG. 10B




FIG. 10E




FIG. 10C


1141
1100
1143
1112
1110
1114
1004
1116
1108
1118
1120
1105
1107
1115
1117
1111
1102
1103
1121
1109
1113
1119
1122
1104
1125
1127
1131
1124
1126
1123
1129
1128
1130
1106
1138
1132
1136
1189
1099
z
y

FIG. 11A


1100
1004
1108
1008
1102
1122
1104
1126
1130
1106
1099
z
1136
1134
x
1189

FIG. 11B


1004
1008
1100
1225
1102
1122
1134
1294
1130
1206
1138
1271
1128
1293
1292
1106
1189
1239
1132
1257
1291
1136
1126
1104
1289
1204
1273
1223
1200
1280
1108
1006
1255
1269
1002
1265
1267
1005
1099
x
y
z

FIG. 12


1004
1008
1005
1100
1225
1289
1102
1290
1273
1204
1106
1138
1237
1293
1128
1206
1134
1271
1223
1200
1292
1130
1294
1291
1189
1280
1124
1257
1136
1108
1006
1104
1126
1255
1267
1265
1099
z
x
y
1002
1269

FIG. 13

# WINCH INCLUDING A MOTOR MOUNTED CONTACTOR

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application claims priority to U.S. Provisional Patent Application No. 62/436,362, entitled "WINCH INCLUDING INTEGRATED CONTACTOR AND MOTOR," filed on Dec. 19, 2016, the entire contents of which are hereby incorporated by reference for all purposes.

## FIELD

The present application relates generally to a winch including a motor and a contactor assembly positioned within a same housing and/or coupled together within a space defined by a drum support of a motor assembly.

## SUMMARY AND BACKGROUND

Winches may include a motor for driving a rotatable drum of the winch to pull in or pull out a cable wound around the drum. In one example, winches may be controlled via a control unit located at a location away from the motor. Further, a remote control may wirelessly (or via a wired connection) control winch operation through electronic communication with the control unit.

The winch motor may be electrically coupled with a power source in order to drive the motor. In some examples, a contactor assembly is electrically coupled between the motor and the power source in order to control a flow of electrical current from the power source to the motor. The contactor assembly is often mounted to an exterior surface of a housing of the winch or motor, thereby resulting in a plurality of wires electrically coupling the motor to the contactor assembly and the contactor assembly to the power source. In examples in which a control unit is coupled to the winch, the control unit may also be electrically coupled to the contactor assembly via another plurality of wires. As a result of the numerous wired electrical connections between the motor, contactor assembly, power source, and control unit, an installation and/or setup time of the winch may be increased. Additionally, in some environments the plurality of wires may be exposed to harsh weather conditions, may be become tangled and/or frayed, etc., thereby resulting in degradation of the electrical connections between components of the winch and/or the power source.

Thus in one example, the above issues may be at least partially addressed by a motor assembly for a winch, comprising: a motor; and a contactor assembly coupled around and in face-sharing contact with a portion of an outer surface of the motor, the contactor assembly including two or more coils spaced apart from one another within the contactor assembly. In this way, electrical connections between the motor and contactor assembly may be of reduced length, thereby saving space and reducing degradation of the electrical connection (e.g., due to exposure to outside elements). A total packaging space for all components of the motor assembly may also be reduce and contained within a space defined by a drum support of the winch.

It should be understood that the summary above is provided to introduce in simplified form a selection of concepts that are further described in the detailed description. It is not meant to identify key or essential features of the claimed subject matter, the scope of which is defined uniquely by the claims that follow the detailed description. Furthermore, the



claimed subject matter is not limited to implementations that solve any disadvantages noted above or in any part of this disclosure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a perspective view of a winch including a motor housing.

FIG. **2** shows an exploded view of a motor assembly including a motor and a contactor assembly coupled within the motor housing.

FIG. **3**A shows a cross-sectional view of the motor and the contactor assembly included within the motor housing.

FIG. **3**B shows an assembled view of the motor assembly of FIGS. **2** and **3**A.

FIG. **4** shows an exploded view of an alternate embodiment of a motor assembly including a motor and a contactor assembly coupled within the motor housing.

FIG. **5** shows a cross-sectional view of the alternate embodiment of the motor and the contactor assembly included within the motor housing.

FIG. **6** schematically shows a motor assembly of a winch, the motor assembly including a motor and a contactor assembly positioned within an interior of a motor housing.

FIG. **7** shows an exploded view of a motor assembly including a contactor assembly mounted around a motor of the motor assembly from a first end.

FIG. **8** shows an assembled view of the motor assembly of FIG. **7**.

FIG. **9** shows an exploded view of the motor assembly of FIG. **7** from a second end.

FIGS. **10**A-**10**E each show different views of a motor housing for a motor of a winch.

FIGS. **11**A-**11**B each show different views of components disposed within the motor housing of FIGS. **10**A-**10**E, with the components removed from the motor housing.

FIG. **12** shows a first exploded view of the motor and components of the motor housing of FIGS. **10**A-**10**E.

FIG. **13** shows a second exploded view of the motor and components of the motor housing of FIGS. **10**A-**10**E.

FIGS. **1**-**5** and **7**-**13** are shown to scale, although other relative dimensions may be used.

## DETAILED DESCRIPTION

The following detailed description relates to systems and methods for a winch including a motor and a contactor assembly positioned within a same housing and/or arranged together within a space defined by a drum support of the winch. A winch, such as the winch shown by FIG. **1**, includes a rotatable drum drivable by a motor and coupled with a gear set. The motor is positioned within an interior of a motor housing and is directly coupled with a contactor assembly within the motor housing. The contactor assembly includes a plurality of electrical terminals, a controller, a brush assembly, and a plurality of conductive brushes mounted to the brush assembly. In one example, each of the brushes is biased in a radial direction toward an outer circumferential surface of an armature of the motor and in a direction perpendicular to a rotational axis of the motor, as shown by FIGS. **2**-**3**. In another example, each of the brushes is biased in an axial direction toward an end surface of the armature and in a direction parallel to the rotational axis of the motor, as shown by FIGS. **4**-**5**. The brushes press against the corresponding surface of the armature and may be energized via the contactor in order to flow electrical energy to the motor. The brush assembly may be a separate

unit removably coupled to a contactor housing of the contactor assembly (as shown by FIGS. **2-3**), or the brush assembly and contactor housing may be formed (e.g., integrated) together as a single unit (as shown by FIGS. **4-5**). By directly coupling the contactor assembly with the motor within the motor housing, an amount of external electrical connections (e.g., wires) coupling a power source to the contactor assembly and motor may be reduced, as shown at FIG. **6**. In this way, an ease of installation of the contactor assembly may be increased and a maintenance of the motor may be simplified. In an alternate embodiment, the contactor assembly may be mounted around a motor of the winch. For example, as shown in FIGS. **7-9**, a contactor may be mounted against and around a portion of a motor of a winch. In another example, as shown by FIGS. **10**A-**13**, the motor includes a field coil array directly, electrically coupled to the contactor assembly.

A winch including a motor and a contactor assembly positioned within a motor housing is described below with reference to FIGS. **1-5**. FIG. **1** shows an example of a winch which may include a motor assembly including a motor and a contactor assembly positioned within a motor housing, such as the motor and contact assembly shown in a first embodiment by FIGS. **2-3** and a second embodiment by FIGS. **4-5**. Reference axes **195** are included by each of FIGS. **1-5** for comparison of each view.

FIG. **1** shows a perspective view of a winch **100** including a housing **160** and a motor assembly **199**. Housing **160** includes a first drum support **110** and a second drum support **112**. The housing **160** further includes a motor housing **105** formed by the first drum support **110** coupled to a motor end cap **106** and a gear housing **126** formed by the second drum support **112** coupled to a gear end cap **108**. In some examples, the motor end cap **106** may be mounted (e.g., fastened) directly to the first drum support **110**. In other examples, the motor end cap **106** may be indirectly mounted to the first drum support **110** via a coupling to one or more components (e.g., additional housing elements) between the motor end cap and the first drum support **110**. A motor is disposed within the motor housing **105** and a gear reduction unit including a plurality of gears (e.g., such as a planetary gear set) and a clutch is disposed within the gear housing **126**. A tie structure **120** is positioned at a top side **122** of the winch. A controller (shown by FIGS. **2-3** in a first embodiment and FIGS. **4-5** in a second embodiment) positioned within the motor housing **105** may be an electronic controller (such as a microcontroller) and may control a speed of the motor within the motor housing **105** and/or a gear selection of a gear set (e.g., gear reduction unit) positioned within the gear housing **126**. In some examples, the controller may control operation of one or more accessories of the winch (e.g., winch lights, lights of a vehicle coupled to the winch, etc.), as described further below with reference to FIG. **6**. In one example, an operator of the winch may provide input (e.g., instructions) to the controller via wireless communication (e.g., via a remote control). For example, the operator may interface with a remote control in order to select a mode of operation of the winch **100** as described below.

The motor and gear set are each coupled to a drum **118** of the winch **100** in order to rotate the drum **118** around a central axis **190**. The motor housing **105** is positioned at a first end **102** of the winch **100** and the gear housing **126** is positioned at a second end **104** of the winch **100**, with the first end **102** being opposite to the second end **104** in a direction of the central axis **190**. The drum **118** is coupled to the motor through the gear reduction unit which is coupled to the motor through an interior of a cylindrical portion **164** of the drum **118**. The controller may also control a position of the clutch disposed within the gear housing **126**. The clutch may engage and disengage the gear reduction unit (e.g., transmission of the winch) with a drum **118** of the winch **100**, thereby allowing the drum **118** to be driven by the motor or freespool (e.g., freely rotate without input from the motor and gear reduction unit).

In one example operation of the winch **100**, the motor may drive the drum **118** to rotate around the central axis **190** in a first direction **165** or a second direction opposite to the first direction. For example, the motor may be driven in the first direction **165** in order to rotate the drum **118** around the central axis **190**, and the motor may be driven in the second direction opposite to the first direction in order to rotate the drum **118** around the central axis in the second direction. In this example, a selected gear of the gear set may adjust a rotational speed of the drum relative to a rotational speed of the motor. In one example, a rope (e.g., cable) **192** may be wound around an outer surface **119** of the drum **118** in order to perform pulling operations via the winch **100**. In some examples, the rope **192** may be coupled with a hook **150** in order to increase an ease of attachment of the rope **192** to an object (e.g., a vehicle) to perform pulling operations.

The drum **118** includes a first flange (indicated by arrow **116** and referred to herein as first flange **116**) positioned at a first end of the cylindrical portion **164** of the drum **118** and a second flange **114** positioned at a second end of the cylindrical portion **164** of the drum **118**. The first flange **116** and second flange **114** each are cylindrical in shape and have a diameter that is greater than a diameter of the cylindrical portion **164** of the drum **118** (e.g., the portion extending between the first flange **116** and second flange **114**). The first flange **116** is supported by first drum support **110** while the second flange **114** is supported by second drum support **112**. The first flange **116** and second flange **114** are coupled with their respective supports (e.g., first drum support **110** and second drum support **112**, respectively) such that each flange is rotatable within the corresponding drum support when the motor is actuated to drive the drum **118** (or when the drum is in a freespool mode). In other words, as the motor within motor housing **105** is energized by a power source **175** (e.g., a vehicle battery, indicated schematically by FIG. **1**), the motor may drive the drum **118** to rotate around the central axis **190**. In one example, the motor may be energized in response to a selection of an operation mode by an operator of the winch (e.g., via a remote control) as described above. As the drum **118** is driven, the first flange **116** rotates within the first drum support **110** and the second flange **114** rotates within the second drum support **112**.

The winch **100** includes electrical terminals **180** extending outward from a contactor assembly positioned within an interior of the motor housing **105** and shown by FIGS. **2-5**. Electrical terminals **180** include a first terminal **182** and a second terminal **184**. In one example, first terminal **182** may be an electrical power source input and second terminal **184** may be an electrical ground input. In another example, first terminal **182** may be an electrical ground input and second terminal **184** may be an electrical power source input. In some examples, electrical current may flow from the power source **175** to the electrical terminals **180** via a power cable **171** coupled to a plug **170**. Plug **170** is shaped to couple with the electrical terminals **180** in order to flow electrical current to the contactor assembly. As described below in a first embodiment with reference to FIGS. **2-3** and a second embodiment with reference to FIGS. **4-5**, electrical current

may flow from the power source **175** and through the contactor assembly to the motor in order to energize the motor.

By positioning the contactor assembly within the motor housing **105** and directly coupling the contactor assembly to the motor according to the configurations described below, an amount of wired electrical connections coupling the motor to the power source **175** may be reduced. For example, the power cable **171** is the only wired electrical connection coupling the contactor assembly to the power source **175**, and because the contactor assembly is directly coupled with the motor, electrical current may flow directly from the power source **175** to the motor via the contactor assembly without an additional power cable (similar to power cable **171**) coupled between the contactor assembly and the motor.

FIG. **2** shows an exploded view of the motor assembly **199** shown by FIG. **1**, with the motor assembly **199** including a first embodiment of a contactor assembly **200**. In some embodiments, the motor assembly **199** may be referred to as a combined, or integrated, motor assembly that includes contactor assembly **200** and motor **201**. In the first embodiment shown by FIGS. **2-3**, the contactor assembly **200** includes a plurality of brushes **218** arranged in a radial configuration relative to the central axis **190**. Each of the brushes is mounted to a brush assembly **202**, and the brush assembly **202** is removably coupled with a contactor housing **224**. In other words, the brush assembly **202** and contactor housing **224** are not formed together as a single piece (e.g., not integrated together). In another embodiment, the brush assembly **202** may be additionally or alternatively mounted to the motor end cap **106**, drum support **110**, or flux ring **206**. Alternate embodiments may include an axial configuration of the brushes **218** such as the configuration shown by FIGS. **4-5** and described below. In another embodiment, the radial configuration of the brushes **218** may be included in an assembly where the brush assembly and contactor housing are formed together as a single piece (e.g., integrated together, similar to the example shown by FIGS. **4-5**).

As described above with reference to FIG. **1**, motor housing **105** includes the first drum support **110** and the motor end cap **106**. The first drum support **110** and motor end cap **106** may be coupled (e.g., directly coupled) together via a plurality of fasteners (e.g., bolts, not shown). Motor **201** and contactor assembly **200** are coupled together within an interior of the motor housing **105**, as indicated in part by an interior **230** of the first drum support **110** shown by FIGS. **2-3**A. The motor end cap **106** includes one or more apertures **265** (e.g., openings) shaped to receive the electrical terminals **180** of the contactor assembly **200** when the motor **201** and contactor assembly **200** are coupled together within the motor housing **105**. In other words, the electrical terminals **180** and aperture **265** are arranged at a same end of the contactor assembly **200** when the motor **201** and contactor assembly **200** are coupled together within the motor housing **105**. In this configuration, the electrical terminals **180** extend outward from the interior of the motor housing **105**, as shown by FIG. **1** and described above. The motor end cap **106** further includes a terminal isolator **267** coupled to an outside of the motor end cap **106** and adapted to electrically isolate the electrical terminals **180** from one another and the external environment. A plurality of o-rings **269** may also surround each of the electrical terminals **180**.

The motor **201** includes an armature **204** shaped to fit within a flux ring **206**. Flux ring **206** is shaped to fit within the interior **230** of the first drum support **110** and is rotationally fixed (e.g., non-rotatable) relative to the first drum support **110**. Flux ring **206** is configured to produce a magnetic field within the interior **230** of the first drum support **110** (e.g., within an inner diameter **331** of the flux ring **206**, as shown by FIG. **3**A). In one example, the magnetic field produced by the flux ring **206** may be due to a plurality of permanent magnets included within the flux ring **206**. In other examples, the magnetic field may be due to an energization of electrically conductive coils of the flux ring **206** by the power source **175** (shown schematically by FIG. **1**). In examples in which the flux ring **206** includes electrically conductive coils, the coils may be energized via direct contact with one or more electrically conductive surfaces of the contactor assembly **200**.

The armature **204** includes a first portion **221**, a second portion **223**, and a third portion **225**. The third portion **225** may have an outer diameter **327** (shown by FIG. **3**A) slightly less than the inner diameter **331** of the flux ring **206**, and the second portion **223** may have an outer diameter **329** (shown by FIG. **3**A) less than the outer diameter **327** of the third portion **225**. The armature **204** is rotatably mounted within the motor housing **105** by one or more fasteners, springs, and bearings (e.g., spring **209**, coupler **208**, and bearing **214**). In other words, the armature **204** is coupled to the motor housing **105** such that the armature **204** may rotate relative to the motor housing **105** in a direction around the central axis **190**, such that the central axis **190** is a rotational axis of armature **204** (e.g., a rotational axis of motor **201**). An interior of the third portion **225** of the armature **204** includes a plurality of energizable coils electrically coupled with the second portion **223**. The coils of the armature **204** may be energized via direct contact of the second portion **223** with the plurality of brushes **218** of the contactor assembly **200** (as described further below). Electrical current flowing through the coils interacts with the magnetic field produced by the flux ring **206** and results in a rotational motion of the armature **204** around the central axis **190**. As described above with reference to FIG. **1**, the armature **204** is coupled to a gear reduction unit through an interior of a cylindrical portion **164** of the drum **118** (shown by FIG. **1**) such that rotation of the armature **204** drives the gear reduction unit, and driving the gear reduction unit may rotate the drum **118**.

Each of the brushes **218** are coupled (e.g., mounted) to the brush assembly **202** and in one example may be arranged such that each brush **218** presses against the second portion **223** along an outer circumference **220** of the second portion **223**, as shown by FIGS. **2-3**A. In the example shown by FIGS. **2-3**A, the brushes **218** are positioned radially around the central axis **190**. Each brush **218** may be urged toward the central axis **190** (e.g., in a radial direction **222** relative to the central axis **190**) by one or more biasing members (e.g., springs, not shown). The brushes **218** and biasing members may each be formed of electrically conductive materials. In one example, the brushes **218** may be made of carbon and the biasing members may be made of a conductive metal such as copper or steel.

In the example shown by FIGS. **2-3**A, the brush assembly **202** may be coupled (e.g., mechanically coupled) to a first side **228** of a contactor housing **224** of the contactor assembly **200** via one or more fasteners (e.g., push nuts **227**), fastening apertures **229** on the brush assembly **202**, and mounting extensions **231** on the first side **228** of the contactor housing **224**, with the first side **228** being opposite to a second side **226** of the contactor housing **224** in the direction of the central axis **190**. The first side **228** of the contactor housing **224** is further from the motor end cap **106** than the second side **226** in the direction of the central axis

190. In other examples, the brush assembly **202** and contactor housing **224** may instead be formed together as a single piece (e.g., molded together), with the brush assembly **202** positioned at the first side **228**.

The contactor housing **224** includes a first coil **205** and a second coil **207** (shown by FIG. **3**A and indicated by arrows in FIG. **2**) positioned within an interior of the contactor housing **224**. However, in alternate embodiments, the contactor housing **224** may include two or more coils (such as first coil **205**, second coil **207**, and an additional, third coil). In the example shown by FIGS. **2**-**3**, the first coil **205** and second coil **207** are positioned opposite to each other in a direction perpendicular to the central axis **190** (and across the central axis **190**) such that an outer surface of the first coil **205** and an outer surface of the second coil **207** are separated by a distance **300** (shown by FIG. **3**A). In some examples, the brush assembly **202** is positioned between the first coil **205** and second coil **207** such that the brush assembly **202** fits within the distance **300** and surrounds the first portion **221** of the armature **204**. In alternate examples, the brushes **218** of the brush assembly **202** may be positioned proximate to but outside of the gap that separates the first coil **205** and second coil **207**. The first coil **205** and/or second coil **207** may be energized in order to flow electrical current through the contactor assembly **200** and the brushes **218**, thereby energizing the armature **204** as described above. In one example, energization of the first coil **205** and/or second coil **207** may apply a magnetic force to components internal to the contactor housing **224** in order to close an electrical circuit between the brushes **218** and the power source **175** (shown by FIG. **1**), thereby flowing electrical current from the power source **175** to the brushes **218** via the contactor assembly **200**.

In one example, energization of the first coil **205** and/or second coil **207** may be controlled by a controller **210** positioned within the motor housing **105**. In some examples, controller **210** is directly coupled with the contactor assembly **200**. The controller **210** may include instructions stored in non-transitory memory to energize the first coil **205** and/or the second coil **207** in response to input by an operator of the winch (e.g., winch **100** shown by FIG. **1**). For example, the operator of the winch may interface with a remote control (or another remote controller device such as a wired remote, wireless remote, a vehicle system controller, or the like) in order to send a wireless signal (e.g., radio wave signal) to the controller **210** indicating that a rotation of the drum **118** (shown by FIG. **1**) in a first direction is desired by the operator. The controller **210** may then energize the first coil **205** and/or the second coil **207** in order to flow electrical current through the brushes **218** and into the armature **204**, thereby rotating the armature **204** around the central axis **109** and driving the gear reduction unit to rotate the drum **118** in the first direction. In another example, the operator of the winch may interface with the remote control in order to send a wireless signal to the controller **210** indicating that a rotation of the drum **118** in a second direction opposite to the first direction is desired by the operator. The controller **210** may then energize the first coil **205** and/or the second coil **207** in order to flow electrical current through the brushes **218** and into the armature **204**, thereby rotating the armature **204** around the central axis **109** and driving the gear reduction unit to rotate the drum **118** in the second direction.

In some examples, the controller **210** may include a motor speed sensor, motor current sensor, voltage sensor, motor direction sensor, motor position sensor, drum rotation sensor, and/or motor temperature sensor, and the controller **210** may be configured to receive and/or transmit wired and/or wireless signals from/to a controller area network (CAN) and/or winch accessories (e.g., an electric free spooling clutch actuator). In another example, as shown in FIG. **2**, the controller **210** may include a plurality of electrical wires **233** for electrically coupling the controller **210** to an external system (such as a vehicle system) and/or external controller (such as a vehicle controller), which are encased within an electrical (e.g., power) cable **235** that extends from an exterior of the motor assembly, as shown in FIG. **3**B. In the embodiment shown by FIGS. **2**-**3**A, a motor shaft sensor **216** (which may be referred to herein as a motor speed sensor) is coupled to the first portion **221** of the armature **204** (e.g., inserted into the first portion **221** in an axial direction relative to the central axis **190** and extending away from the armature **204** in the axial direction). Motor shaft sensor **216** may sense a speed and/or position of the armature **204** relative to the contactor housing **224** and send electrical signals to the controller **210** to indicate the speed and/or position of the armature **204**. For example, the motor shaft sensor **216** may be adapted to measure one or more of a rotational speed of the motor, a direction of rotation of the motor, and a position of the motor.

The controller **210** may include instructions stored thereon for adjusting operation of the motor **201** in response to an output of the motor shaft sensor, temperature sensor, current sensor, voltage sensor, and/or signals from the remote control (as described above). As shown in FIG. **2**, one or more sensors **237** (including the temperature sensor, current sensor, voltage sensor, or the like) may be directly coupled to the controller **210**. The temperature sensor may be configured to measure a temperature of the motor **201**. In one example, the controller **210** may monitor (e.g., measure) an output of the temperature sensor and compare the measured temperature to a threshold temperature. If the measured temperature exceeds the threshold temperature, the controller may de-energize (e.g., turn off) the motor **201** in order to reduce the temperature of the motor **201**. By coupling the temperature sensor directly to the controller, the temperature sensor may measure the temperature of the motor **201**, and the controller **210** may directly interpret the measured temperature from the temperature sensor without additional electrical connections. For example, in winches that do not include a temperature sensor directly coupled with a controller (e.g., winches in which the controller is positioned outside of the motor housing), the temperature sensor may be electrically wired with the controller, thereby increasing an amount of wired electrical connections to the motor housing, or the temperature sensor may be in remote communication with the controller (e.g., via a wireless signal), thereby increasing a complexity and/or cost of the temperature sensor and/or controller. By coupling the temperature sensor directly to the controller, the amount of wired connections and/or wireless connections between the temperature sensor and controller is decreased.

In another example, the voltage sensor may be configured to measure an operating voltage of the motor **201**. The controller **210** may monitor (e.g., measure) an output of the voltage sensor and compare the measured voltage to an upper threshold voltage. If the measured voltage exceeds the upper threshold voltage, the controller **210** may de-energize the first coil **205** and/or second coil **207** in order to reduce a likelihood of the motor **201** being exposed to a voltage higher than a normal operating voltage. In another example, if the measured voltage is lower than a lower threshold voltage, the controller **210** may de-energize the first coil **205** and/or second coil **207** in order to reduce a likelihood of the

motor **201** being exposed to a voltage lower than a normal operating voltage. In this way, the motor may have a threshold operating range between the lower and upper threshold voltages and when a measured voltage is outside this range, the controller may stop operating the motor to reduce degradation to the motor, winch, and/or vehicle to which the winch is coupled.

In yet another example, the motor current sensor may be configured to measure an operating current of the motor **201**. The controller may monitor an output of the current sensor and compared the measured current to a threshold current. If the measured current exceeds the threshold current, the controller **210** may de-energize the first coil **205** and/or second coil **207** in order to reduce a likelihood of the motor **201** being exposed to an electrical current higher than a normal operating current.

Additionally, the controller **210** may include instructions stored thereon for recording and storing specific winch events in non-volatile memory of the controller **210**. For example, the controller **210** may record and store winch usage data which may include one or more of motor current, temperature, and/or voltage levels throughout winch operation, a direction of rotation of the winch motor, events where motor operation of the winch had to be determined due to the motor temperature, current, and/or voltage exceeding or decreasing below threshold levels (as described above), winch clutch operation, etc. This usage data may be stored in the controller **210** and then referenced during servicing of the winch or via a wireless connection with an external device. In this way, the usage data may be obtained to aid in winch system development, customer service, and/or winch servicing or repair.

In some embodiments, new set points may be loaded into the controller **210**, by a user (via a wireless or direct wired connection to the controller via the terminals) to change how the controller adjusts motor operation based on measured voltage, temperature, speed, and/or current. For example, new or updated threshold current, voltage, temperature, and/or speed levels for motor operation may be loaded onto the memory of the controller. As a result, after updating these stored thresholds, the controller **210** may adjust motor operation according to the newly updated thresholds (and not based on the old or previously stored thresholds). In another example, a bootloader may be present to change the application code stored in the controller memory, in the field (e.g., during winch operation and/or when the winch is installed on a vehicle), in order to fix a bug or to provide new functionality for a specific winching application.

FIG. **3**A shows a cross-sectional view of the motor **201** and contactor assembly **200** assembled together within the motor housing **105** while FIG. **3**B shows an assembled view of the motor assembly **199**. As described above with reference to FIG. **2**, the armature **204** may rotate around the central axis **190** and is positioned within an interior of the flux ring **206**. As shown in FIG. **3**A, a first side **360** of the motor **201** is positioned away from the motor end cap **106** and toward the drum **118** (shown by FIG. **1**), while a second side **362** is positioned toward the motor end cap **106** and the contactor assembly **200**. By positioning and integrating the motor **201** and contactor assembly **200** together within the motor housing **105** as shown by FIGS. **2**-**3**, the contactor assembly **200** may flow electrical current from the power source **175** (shown by FIG. **1**) to the armature **204** in order to drive a rotation of the drum **118** as described above. The armature **204** and contactor assembly **200** may be electrically coupled via the brushes **218** (shown by FIG. **2**) such that only the single power cable **171** (shown by FIG. **1**) electrically couples the power source **175** to the winch **100** (shown by FIG. **1**). In this way, an amount of wired electrical connections between the motor **201**, contactor assembly **200**, and power source **175** may be reduced, thereby increasing an ease of installation and maintenance of components of the winch **100**. In some examples, a length of the wired electrical connections may also be reduced by integrating the motor **201** and contactor assembly **200** together relative to a winch in which the contactor assembly is located outside of (e.g., remote from) the motor, thereby reducing a likelihood of wire degradation. FIG. **3**B shows an assembled, external view of the motor assembly **199** where the motor housing **105** is formed by the first drum support **110** coupled to the motor end cap **106**. The electrical cable **235** coupled to the controller **210** is shown extending outward from the motor housing **105**. Further, the electrical terminals **180** also extend outward from the motor housing **105** on the motor end cap **106**.

FIGS. **4**-**5** each show a second embodiment of a motor assembly **490** including a motor **401**, a contactor assembly **400**, and the motor housing **105**. FIG. **4** shows an exploded view of the motor assembly **490**, while FIG. **5** shows the motor **401** and contactor assembly **400** assembled together within the motor housing **105**. Similar parts shown by FIGS. **1**-**3** may be labeled similarly and may not be re-introduced below.

The motor **401** includes the flux ring **206** and an armature **402**. The armature **402** includes a first portion **432**, a second portion **434**, and a third portion **436**. Similar to the armature **204** shown by FIGS. **2**-**3**, the armature **402** is configured to fit within an inner circumference of the flux ring **206** and to rotate around the central axis **190** in response to energization of coils internal to the armature **402** (e.g., via an interaction of electrical current flowing through the coils with the magnetic field produced by the flux ring **206**, described above with reference to FIG. **2**). In other words, the central axis **190** is a rotational axis of the motor **401**. The third portion **436** has an outer diameter **504** (shown by FIG. **5**) less than the inner diameter **331** of the flux ring **206** and may be greater than an outer diameter **502** (shown by FIG. **5**) of the second portion **434**. The outer diameter **502** of the second portion **434** may be greater than an outer diameter **550** of the first portion **432**.

The contactor assembly **400** shown by FIGS. **4**-**5** includes a brush assembly **409** formed together as a single piece with a contactor housing **424**. In other words, the brush assembly **409** and contactor housing **424** are not coupled via one or more fasteners (as in the example of the brush assembly **202** and contactor housing **224** shown by FIGS. **2**-**3**) but instead are molded and/or fused together as a single unit. Further, the brush assembly **409** may be included as part of the contactor housing **224**. In alternate embodiments, the brush assembly **409** and contactor housing **224** may be two separate pieces coupled together via a plurality of fasteners (e.g., bolts). A plurality of brushes **406** are coupled with the brush assembly **202** and positioned radially around the central axis **190**. Each of the brushes **406** is urged away from the brush assembly **409** in a direction **422** parallel to the central axis **190** via one or more biasing elements (e.g., springs, not shown). In this configuration, when the motor **401** and contactor assembly **400** are assembled together within the motor housing **105**, the brushes **406** are pressed against an end surface **431** of the second portion **434** of the armature **402** and are not pressed against the second portion **434** along an outer circumference **430** of the second portion **434**. In other words, the brushes **406** are urged in an axial direction relative to the central axis **190** against the armature

**402**. The brushes **406** and biasing members may each be formed of electrically conductive materials. In one example, the brushes **406** may be made of carbon and the biasing members may be made of a conductive metal such as copper or steel.

The contactor assembly **400** includes a first coil **405** and a second coil **407** (similar to first coil **205** and second coil **207**, respectively, shown by FIGS. **2-3**) positioned within an interior of the contactor housing **424**. However, in alternate embodiments, the contactor assembly **400** may include two or more coils (such as first coil **405**, second coil **407**, and an additional, third coil). The first coil **405** is positioned opposite to the second coil **407** in a direction perpendicular to the central axis **190** such that an outer surface of the first coil **405** is a distance **500** (shown by FIG. **5**) from an outer surface of the second coil **407**. The brush assembly **409** is positioned between the first coil **405** and second coil **407** such that the brush assembly **409** fits within the distance **500** and surrounds the first portion **432** of the armature **402**. As described above with reference to the first coil **205** and the second coil **207** shown by FIGS. **2-3**, the first coil **405** and/or second coil **407** may be energized in order to flow electrical current through the brushes **406** of the contactor assembly **400** and into the armature **402**. In one example, energization of the first coil **405** and/or second coil **407** may apply a magnetic force to components internal to the contactor housing **424** in order to close an electrical circuit between the brushes **406**, the power source **175** (shown by FIG. **1**) and the armature, thereby flowing electrical current from the power source **175** to the brushes **406** and to the motor (and therefore, the armature **402**) via the contactor assembly **400**.

As described above with reference to FIGS. **2-3**, the controller **210** may include instructions stored in non-transitory memory to energize or de-energize the first coil **405** and/or the second coil **407** in response to input from the operator of the winch **100** (shown by FIG. **1**). In the example shown by FIGS. **4-5**, the controller **210** is coupled to the contactor housing **424** at a first side **426** of the contactor housing **424**. The first side **426** is opposite to a second side **428** in the direction of the central axis **190** such that the first side **426** is closer to the motor end cap **106** than the second side **428**. The controller **210** may include a plurality of sensors as described above with reference to FIGS. **2-3** and may be configured to adjust winch operation in response to input from the operator of the winch according to the examples described above.

FIG. **5** shows a cross-sectional view of the motor housing **105** with the motor **401** and contactor assembly **400** positioned within the motor housing **105**. The armature **402** of the motor **401** is mounted within the motor housing **105** such that the armature **402** may rotate relative to the flux ring **206** and motor housing **105**. However, the contactor assembly **400** is mounted within the motor housing **105** such that the contactor assembly is not rotatable relative to the motor housing **105**. In the example shown by FIGS. **4-5**, a first end **560** of the motor **401** is positioned away from the motor end cap **106** and toward the drum **118** (shown by FIG. **1**), while a second end **562** of the motor **401** is positioned opposite to the first end **560** in the direction of the central axis **190** and toward the motor end cap **106** and contactor assembly **400**.

A schematic diagram of a motor assembly **600** of a winch (e.g., winch **100** shown by FIG. **1**) is shown by FIG. **6**. In one example, motor assembly **600** may be a schematic representation of the first embodiment of a motor assembly described above with reference to FIGS. **1-3** or the second embodiment of a motor assembly described above with reference to FIGS. **4-5** (e.g., motor assembly **199** and motor assembly **490**, respectively). Motor assembly **600** includes a motor **601** (e.g., similar to motor **201** and motor **401** described above) and a contactor assembly **608** (e.g., similar to contactor assembly **200** and contactor assembly **400** described above) positioned within an interior **603** of a motor housing **622** (e.g., similar to motor housing **105** described above). Motor assembly **600** is shown by FIG. **6** in order to illustrate a relative number and positioning of electrical connections between components of the motor assembly **600** positioned within the interior of the motor housing **622** and components of a winch system positioned outside of the motor housing **622**.



Brush assembly **616** (e.g., similar to brush assembly **202** and brush assembly **409** described above), armature **618** (e.g., similar to armature **204** and armature **402** described above), and controller **609** (e.g., similar to controller **210** described above) are each positioned within the interior **603** of the motor housing **622** along with the contactor assembly **608**. In some examples, the controller **609** and contactor assembly **608** are coupled together as a single unit. The controller **609** may communicate wirelessly (e.g., receive and/or transmit electromagnetic signals) via wireless signals **624** (e.g., radio waves) with a remote control **626** in order to control an operation of the motor **601** and other components of the winch (as described above with reference to the examples shown by FIGS. **1-5**). The controller **609** may also communicate wirelessly via wireless signals **629** (e.g., radio waves) with one or more accessories **627** of the winch. In one example, accessories **627** may include winch lights, lights of a vehicle coupled to the winch, and other types of accessories. Thus, in some examples, the controller **609** may control operation of the motor and/or the accessories **627**. The brush assembly **616** is electrically coupled with the contactor assembly **608** by a first electrical connection **612** and a second electrical connection **614**. In one example, first electrical connection **612** and second electrical connection **614** are wired electrical connections extending from the contactor assembly **608** to the brush assembly **616**. In another example, the first electrical connection **612** and second electrical connection **614** may not be wired electrical connections but may instead be direct electrical connections between conductive contacts of the contactor assembly **608** and conductive contacts of the brush assembly **616**. In yet other examples, the contactor assembly may additionally be electrically coupled with a flux ring (e.g., flux ring **206**) within the interior **603** of the motor housing **622** via one or more wired electrical connections or direct electrical connections as described above. The armature **618** of the motor **601** may be coupled to a gear set of the winch via a drum **620** (as described above with reference to motor **201** and drum **118** shown by FIG. **1**).

The motor may be powered by a power source **602** external to the motor housing **622**. In one example, the power source **602** may be a battery of a vehicle (e.g., a vehicle coupled with the winch). The power source **602** transmits electrical energy (e.g., electrical current) to the contactor assembly **608** via a first wired electrical connection **604** and a second wired electrical connection **606**. In some examples, first wired electrical connection **604** and second wired electrical connection **606** may be bundled together as a single wire harness. The first wired electrical connection **604** and second wired electrical connection **606** are coupled to terminals **610** (e.g., similar to electrical terminals **180** described above) of the contactor assembly **608**. In one example, the terminals **610** are positioned external to the interior **603** of the motor housing **622**. As a result, the first wired electrical connection **604** and second

wired electrical connection **606** are the only external wired electrical connections (e.g., external to the interior **603**) coupled to the contactor assembly **608**. No other electrical connections external to the interior **603** are coupled to the contactor assembly **608**, brush assembly **616**, armature **618**, or controller **609**.

In an alternate embodiment, the contactor assemblies described above may be mounted around a motor of the winch. For example, as shown in FIGS. **7-9**, a contactor **702** may be mounted against and around a portion of a motor **704** of a winch. Specifically, FIGS. **7-9** show a motor assembly **700** for a winch, such as the winch **100** shown in FIG. **1**. In this way, the motor assembly **700** may be the motor assembly **199** shown in FIG. **1**, in one embodiment. The motor assembly **700** includes the motor **704** coupled to a drum support **706** of the winch (which may be similar to first drum support **110** shown in FIG. **1**), the contactor **702** mounted around a portion of an outer surface **708** of the motor **704**, and an electrical terminal cover **710** coupled to an end of the contactor **702** and around a portion of the outer surface **708** of the motor **704**. The electrical terminal cover **710** includes a contoured surface **711** and the outer cylindrical surface of the motor **704** fits (e.g., sits) within and against the contoured surface **711**.

In one example, the motor **704** may include an armature and flux ring housed within the outer housing (formed by outer surface **708**) of the motor **704**. Thus, in some embodiments motor **704** may include similar components to the motors described above with reference to FIGS. **1-6**. In other embodiments, the motor **704** may be an alternate type of motor adapted to operate with the contactor **702**. The contactor **702** may include a contactor assembly housed within an outer casing (e.g., housing) **712** of the contactor **702**. The contactor assembly may include two or more coils (such as coils **205** and **207** shown in FIG. **2**) spaced apart from one another within an interior of the contactor **702**. The contactor assembly may be one of, or include similar components as, the contactor assemblies described herein, such as contactor assembly **200** shown in FIGS. **2-3** or contactor assembly **400** shown in FIGS. **4-5**.

By spacing the two or more coils apart from one another within the contactor **702**, the contactor may be shaped to mount around a portion of the motor **704**. For example, as shown in FIG. **7**, the contactor **702** has a saddle shape with a contoured, concave inner surface **714** that is shaped to fit against the complementary contoured, convex outer surface **708** of the motor **704**. In this way, the concave inner surface **714** may have face-sharing contact with the outer surface **708** when the motor **704** and contactor **702** and coupled to (or fit against) one another. The convex outer surface **708** has sidewalls that curve around a portion of an outer circumference of outer surface **708**. Specifically, as shown in FIG. **7**, the contactor **702** couples around a bottom surface of the outer surface **708** (with respect to a vertical direction and a surface on which the winch sits). However, in alternate embodiments, the contactor **702** may couple around a side or top portion of the outer surface **708** (e.g., such that the contactor **702** is oriented above or to the left or right side of the motor **704** instead of below the motor **704**, as shown in FIGS. **7-9**).

Contactor **702** includes a plurality of electrical connections (e.g., terminals) extending outward from an outer end wall **716** of the housing of the contactor **702**, where the outer end wall **716** is arranged normal to a central axis of the motor **704** and faces an outer end of the motor assembly **700** (e.g., an end of the motor assembly that is positioned furthest away from a drum of the winch and arranged opposite the



drum support **706**). Specifically, as shown in FIG. **7**, the contactor **702** includes electrical motor connections **720** and battery connections **722** which are separated from one another (e.g., divided) along the outer end wall **716** and covered (e.g., capped or enclosed) by the terminal cover **710**. As such, these separate electrical connections may be protected from outside contact and from contact with one another. The battery connections **722** may be adapted to couple to one or more wires or electrical coupling elements coupled to a power source, such as a vehicle battery or control unit of the winch. The electrical motor connections **720** may couple to wires or bus bars coupled to and extending from the motor **704**. For example, as shown in FIG. **7**, the motor assembly **700** includes bus bars (or may alternatively be wired connections) **724** which directly and electrically couple electrical contactor connections **726** of the motor **704** to the electrical motor connections **720** of the contactor **702**. The electrical connections between the motor **704** and contactor **702** are greatly reduced in length due to the contactor **702** be coupled directly to and positioned around a portion of the motor **702**, within a space (e.g., envelope, as described further below) defined by the drum support **706** (as compared to systems where the contactor is separated from and not in contact with the motor). As shown in FIG. **7**, the electrical motor connections **720** extend a short distance away from the end wall **722**, in a direction of central axis **718**, and the bus bars **724** extend vertically, a short direction toward the electrical motor connections **720**, in a direction perpendicular to the central axis **718**. Further, the single and same electrical terminal cover **710** covers and encases the electrical motor connections **720**, battery connections **722**, and electrical contactor connections **726** within the same space.

As shown in FIGS. **7** and **9**, the outer casing **712** of the contactor **702** and an inner surface **728** of the drum support **706** include complementary mating features **730** that lock together, thereby, coupling the contactor **702** to the drum support **706**. Specifically, as shown in FIG. **7**, the drum support **706** includes a first mating feature **732** that depresses into the inner surface **728** (there may be two of the first mating features **732** arranged on the inner surface **728**, one on each side of the inner surface **728** relative to central axis **718**) and is adapted to receive a complementary, second mating feature **731** (as shown in FIG. **9**) that protrudes outward from an inner end wall **734** of the contactor **702**.

As shown in FIG. **8**, the contactor **702** mounts to the motor **704** while staying within an envelope defined by outer walls **736** of the drum support **706**. Specifically, the outer walls **736** of the drum support **706** define an overall width **738** and height **740** of the motor assembly **700**. The motor **704**, contactor **702**, and electrical terminal cover **710**, all fit within the bounds defined by the width **738** and height **740**. Said another way, an entirety of the contactor **702** and the motor **702** fit within and do not extend outside of the envelope defined by the outer walls **736** of the drum support **706**. For example, no part of the contactor **702** and no part of the motor **704** extend beyond the bounds of the drum support **706**, as defined by the outer walls **736**. As such, the space occupied by the overall motor assembly **700** is reduced and the overall form factor of the winch is maintained at a desired size. In some embodiments, the motor **704**, contactor **702**, and electrical terminal cover **710** may all be positioned (e.g., enclosed) within a motor housing of the motor assembly **700**. For example, as shown in FIG. **1**, a motor end cap (such as motor end cap **106**) may be positioned around the motor **704** and contactor **702** and couples to drum support **706**. In this way, the motor **704** and

contactor **702** may be positioned within a same housing. In other examples, the electrical terminal cover **710** may be shaped to be positioned around the motor **704** and contactor **702** and couple to the drum support **706**, and may be referred to as a motor end cap.

FIGS. **10**A-**10**E each show different views of a motor housing **1000** for a winch (e.g., a winch similar to the winch **100** shown by FIG. **1** and described above). The motor housing **1000** includes a drum support **1002** and a motor end cap **1004** (e.g., similar to the examples of the drum support **110** and motor end cap **106** described above). The motor end cap **1004** may be referred to herein as an electrical terminal cover. The drum support **1002** and the motor end cap **1004** are coupleable to each other. In the example shown by FIGS. **10**A-**10**E, the motor end cap **1004** and the drum support **1002** are coupled (e.g., mounted) together via a plurality of fasteners **1003** (e.g., bolts, rivets, etc.). In other examples, the motor end cap **1004** and drum support **1002** may be coupled together in a different way (e.g., via one or more clamps, adhesives, fused together, etc.). Reference axes **1099** are included by FIGS. **10A-13** for comparison of the views shown.

The motor housing **1000** includes a motor **1280** disposed therein, the components of which are described further below with reference to FIGS. **11A-13**. However, in the views shown by FIGS.**10**A-**10**C, a spindle **1006** of the motor is shown projecting from the drum support **1002**. During conditions in which the motor within the motor housing **1000** is adjusted to an operational mode (e.g., a mode in which the motor is on and is energized by a power source, such as a battery), the spindle **1006** may be driven by the motor in order to rotate a drum of the winch. In some examples, the drum of the winch may be supported by the drum support **1002**. The drum support may maintain a position of the drum relative to other components of the winch, such as the motor housing **1000**, and may be coupled to the drum such that the drum may rotate relative to the motor housing **1000** during conditions in which the motor drives the spindle **1006** (e.g., rotates the spindle **1006**).

FIG. **10**B and FIGS. **10**D-**10**E additionally show a ground connection **1008** (e.g., electrical ground input) of the motor housing **1000**. The ground connection **1008** is positioned at the motor end cap **1004** and, in some examples, may protrude from the motor end cap **1004**. The ground connection **1008** may be a terminal (e.g. a post) adapted to couple to a wire, such as a wire from a battery of a vehicle (e.g., a vehicle coupled to the winch including the motor housing **1000**). The ground connection **1008** is an electrically grounded component of the motor housing **1000**, with an electrical voltage at the ground connection **1008** being approximately 0 V. In some examples, the ground connection **1008** may be formed by a contactor **1106** positioned within the motor housing **1000**, described below.

FIG. **11**A shows a first view of the motor end cap **1004** with the drum support **1002** removed. In the view shown by FIG. **11**A, several components of the motor **1280** disposed within the motor housing **1000** are shown separated from the motor housing **1000**. For example, FIG. **11**A shows a control module **1100** (which may be referred to herein as a controller), a brush plate assembly **1102** (which may be referred to herein as a brush assembly), a field coil array **1104**, and the contactor **1106**. The control module **1100**, the brush plate assembly **1102**, the field coil array **1104**, and the contactor **1106** are each shaped to fit within the motor housing **1000** during conditions in which the motor end cap **1004** is coupled to the drum support **1002** (shown by FIGS. **10**A-**10**E and described above). For example, the brush plate assembly **1102** includes a first opening **1103**, a second opening **1105**, a third opening **1107**, and a fourth opening **1109**. The first opening **1103**, the second opening **1105**, the third opening **1107**, and the fourth opening **1109** may each be a through-hole (e.g., aperture) formed by a brush plate **1111** of the brush plate assembly **1102**. The brush plate **1111** may couple to an interior of the motor end cap **1004** by aligning each of the first opening **1103**, the second opening **1105**, the third opening **1107**, and the fourth opening **1109** with respective plate mounts of the motor end cap **1004**. Specifically, during conditions in which the brush plate **1111** is positioned within the interior of the motor end cap **1004**, the first opening **1103** may be aligned with a first brush mount **1118** of the motor end cap **1004**, the second opening **1105** may be aligned with a second brush mount **1114**, the third opening **1107** may be aligned with a third brush mount **1116**, and the fourth opening **1109** may be aligned with a fourth brush mount **1120**. The first brush mount **1118**, the second brush mount **1114**, the third brush mount **1116**, and the fourth brush mount **1120** may each be an opening (e.g., a blind hole, aperture, etc.) formed by the motor end cap **1004**. In some examples, a diameter of each of the brush mounts (e.g., an amount of opening of each brush mount) may be a same amount as a diameter of each opening of the brush plate **1111** (e.g., first opening **1103**, second opening **1105**, third opening **1107**, and fourth opening **1109**). In other examples, one or more of the openings of the brush plate **1111** may have a different diameter relative to each other opening of the brush plate **1111**, and the respective brush mounts of the motor end cap **1004** to which the openings of the brush plate **1111** are configured to align may have similar relative diameters. For example, the second opening **1105** may be larger than the other openings of the brush plate **1111**, and the second brush mount **1114** may be correspondingly larger than the other brush mounts of the motor end cap **1004**. Other example configurations are possible. In order to couple the brush plate **1111** to the motor end cap **1004**, a fastener (e.g., bolt) may be inserted through each opening of the brush plate **1111** and each corresponding brush mount of the motor end cap **1004**. For example, a first fastener may be inserted through both of the first opening **1103** and the first brush mount **1118**, a second fastener may be inserted through both of the second opening **1105** and the second brush mount **1114**, etc. In some examples, the fasteners may be threaded fasteners, and in other examples, the fasteners may not be threaded.



The brush plate assembly **1102** includes a plurality of conductive brushes coupled to the brush plate **1111**. In the examples described herein with reference to FIGS. **11A-13**, the brush plate assembly **1102** includes four electrically-conductive brushes (e.g., first brush **1113**, second brush **1115**, third brush **1117**, and fourth brush **1119**), with each being positioned in a radial arrangement around the brush plate **1111** and being biased (e.g., urged) in a radial direction of a central opening **1121** of the brush plate **1111** (e.g., a radial direction relative to central axis **1005**) by a biasing member (e.g., a spring). In this configuration, a portion of an armature **1200** of the motor (shown by FIGS. **12-13** and described further below) is positioned within the central opening **1121**, and the conductive brushes are biased into face-sharing contact with the armature around the central opening **1121**. In other examples, the brush plate assembly **1102** may include a different number of electrically-conductive brushes (e.g., two, three, five, eight, etc.) and/or may include a different relative arrangement of the conductive brushes. For example, each of the conductive brushes may be biased (e.g., urged) in an axial direction of the armature

toward an end surface of the armature and parallel to a rotational axis of the armature (and parallel to central axis **1005**) by a biasing member (e.g., a spring), similar to the example shown by FIGS. **4-5** and described above. In the axial configuration (e.g., the configuration described above in which the conductive brushes are biased in the axial direction toward the end surface of the armature), the conductive brushes are configured to be positioned in face-sharing contact with the end surface of the armature.

The brush plate assembly **1102** additionally includes a connector **1122** (e.g., a wire, wire harness, electrically conductive cable, etc., configured to electrically couple the conductive brushes of the brush plate assembly **1102** to the contactor **1106**. The connector **1122** is coupled in direct, face-sharing contact with a corresponding connector **1132** of the contactor **1106** (which may be referred to herein as an electrical connection). In one example, the connector **1132** of the contactor **1106** may be a terminal (e.g., an electrically conductive post), and the connector **1122** of the brush plate assembly **1102** may be wrapped around the connector **1132**, fused (e.g., welded, soldered, etc.) with the connector **1132**, etc. In other examples, the connector **1122** of the brush plate assembly **1102** and the connector **1132** of the contactor **1106** may be formed together as a single piece (e.g., a solid bar of electrically conductive material, such as copper).

The contactor **1106** may include a contactor assembly housed within an outer casing (e.g., housing) **1189** of the contactor **1106**. The contactor assembly may include two or more coils (such as coils **205** and **207** shown in FIG. **2**) spaced apart from one another within an interior of the contactor **1106** and arranged opposite one another across central axis **1005** of the contactor **1106**. The coils disposed within the interior of the contactor **1106** (e.g., within the outer casing **1189**) may be referred to herein as contactor coils.

The contactor **1106** is additionally electrically coupled to the field coil array **1104** by a first field terminal **1128** and a second field terminal **1130** (which may be referred to herein as electrical connections). The first field terminal **1128** is directly coupled in face-sharing contact with a first connector **1124** of the field coil array **1104**, and the second field terminal **1130** is directly coupled in face-sharing contact with a second connector **1126** of the field coil array **1104**. In some examples, similar to the example described above with reference to the connector **1122** of the brush plate assembly **1102** and the connector **1132**, the first field terminal **1128** and the first connector **1124** may be formed together as a single piece, and/or the second field terminal **1130** and the second connector **1126** may be formed together as a single piece.

The field coil array **1104** includes a plurality of field coils configured to produce a magnetic field between each of the field coils. The field coil array **1104** is enclosed by flux ring **1204**. The flux ring **1204** may be a cylindrical structure shaped to house the field coil array **1104**. In some examples, the flux ring **1204** may be formed of a ferrous, metallic material (e.g., iron), and the flux ring **1204** may increase an intensity (e.g., an amplitude) of the magnetic field produced by the field coils of the field coil array **1104**. The motor may be supported partially by the contactor **1106**, with a bottom end **1273** of the flux ring **1204** being seated against (and partially surrounded by) a top end **1271** of the contactor **1106**. Said another way, the motor **1280** is supported by the outer casing **1189** and is partially surrounded by the outer casing **1189**, with the flux ring **1204** being positioned in face-sharing contact with an outer surface of the outer casing **1189** at the top end **1271**.

In the example shown by FIGS. **11A-13**, the field coil array **1104** includes four field coils. Specifically, the field coil array **1104** includes a first field coil **1123**, a second field coil **1125**, a third field coil **1127**, and a fourth field coil **1129**. In other examples, the field coil array **1104** may include a different number of field coils (e.g., two, six, eight, etc.). The field coil array **1104** includes a central opening **1131** shaped to receive and surround the armature **1200** (shown by FIGS. **12-13**). The field coils of the field coil array **1104** may be selectively energized via the contactor **1106** in order to produce the magnetic field in a region of the armature **1200**. For example, as shown by FIG. **11B** and FIGS. **12-13**, the contactor **1106** includes a power terminal **1134** (e.g., electrical power input) positioned at an end of the contactor **1106** opposite to the connector **1132**. The power terminal **1134** is configured to be electrically coupled to a power source (e.g., a battery of a vehicle). In one example, the power source may be connected to the power terminal **1134** via a single wire, wire harness, cable, etc.

Although the power terminal **1134** is configured to be maintained in electrical communication with the power source (e.g., a voltage at the power terminal **1134** may be maintained at a non-zero voltage value by the power source), the contactor **1106** is configured to electrically isolate the power source from the field coils of the field coil array **1104** and the conductive brushes of the brush plate assembly **1102** during conditions in which the motor is in an non-operational mode (e.g., during a condition in which the contactor coils are not energized).

For example, similar to the example of the control module **1100** described above, energization of the brushes of the brush plate assembly **1102** and/or the field coils of the field coil array **1104** may be controlled by the control module **1100**, with the control module **1100** being positioned within the motor housing **1000**. Specifically, the control module **1100** may include one or more openings (e.g., apertures) positioned to align with one or more corresponding controller mounts of the motor end cap **1004**. As shown by FIG. **11A**, the control module **1100** includes a first opening **1141** and a second opening **1143**, with the first opening **1141** positioned to align with a first controller mount **1110** of the motor end cap **1004**, and with the second opening **1143** positioned to align with a second controller mount **1112**. Similar to the examples described above with reference to the openings of the brush plate **1111** and the brush mounts of the motor end cap **1004**, fasteners may be inserted through the openings of the control module **1100** and the corresponding controller mounts of the motor end cap **1004** in order to couple the control module **1100** to the motor end cap **1004**. Specifically, a first fastener may be inserted through the first opening **1141** and the first controller mount **1110**, and a second fastener may be inserted through the second opening **1143** and the second controller mount **1112**. The fasteners may be threaded fasteners, or in other examples the fasteners may not be threaded. In some examples, the outer casing **1189** of the contactor **1106** may be coupled to the motor end cap **1004** in a similar way (e.g., via one or more fasteners). In other examples, the outer casing **1189** may be coupled to the motor end cap **1004** via one or more features of the outer casing **1189** shaped to mate (e.g., engage) with one or more counterpart features of the motor end cap **1004**.

The control module **1100** may include instructions stored in non-transitory memory to energize the field coils of the field coil array **1104** and/or the brushes of the brush plate assembly **1102** in response to input by an operator of the winch (e.g., the winch including the motor housing **1000**,

similar to winch **100** shown by FIG. **1**). In one example, energizing the field coils of the field coil array **1104** and/or brushes of the brush plate assembly **1102** may include energizing the contactor coils positioned within the outer casing **1189** of the contactor **1106** in order to move one or more components (e.g., switches) within the outer casing **1189** and complete an electrical circuit within the contactor **1106** between the field coils, brushes, and the power source (e.g., connect the power source to the field coils and brushes via the contactor **1106** and adjust the motor to an operational mode). In another example, de-energizing the field coils of the field coil array **1104** and/or brushes of the brush plate assembly **1102** may include de-energizing the contactor coils in order to move the one or more components within the outer casing **1189** and disconnect the power source from the field coils and/or brushes (e.g., adjust the motor to the non-operational mode).

In some examples, the control module **1100** may be in wireless communication with one or more devices external to the winch and the motor housing **1000**. In some examples, the control module **1100** may control operation of one or more accessories of the winch (e.g., winch lights, lights of a vehicle coupled to the winch, etc.), as described above with reference to controller **210** and controller **609**. In another example, the operator of the winch may interface with a remote control (or another remote controller device such as a wired remote, wireless remote, a vehicle system controller, or the like) in order to send a wireless signal (e.g., radio wave signal) to the control module **1100** indicating that a rotation of a drum of the winch (e.g., similar to drum **118** shown by FIG. **1**) in a first direction is desired by the operator. The control module **1100** may then energize the field coils of the field coil array **1104** to produce the magnetic field at the armature **1200**, and may energize the brushes of the brush plate assembly **1102** in order to flow electrical current through the brushes and into the armature **1200**. The magnetic field produced by the field coils may interact with the energized armature in order to rotate the armature within the motor housing **1000** (e.g., rotate the armature **1200** around central axis **1005** of the armature **1200**, with the armature **1200** coupled to the drum support **1002** via bearing **1108** positioned around spindle **1006**), with the rotating armature driving a gear reduction unit of the winch (e.g., gear reduction unit positioned within a gear housing of the winch, similar to gear housing **126**) to rotate the drum in the first direction. The central axis **1005** of the armature **1200** may be referred to herein as the central axis of the contactor assembly and the motor. In another example, the operator of the winch may interface with the remote control in order to send a wireless signal to the control module **1100** indicating that a rotation of the drum in a second direction opposite to the first direction is desired by the operator. The control module **1100** may then energize the field coils of the field coil array **1104** to produce the magnetic field at the armature **1200**, and may energize the brushes of the brush plate assembly **1102** in order to flow electrical current through the brushes and into the armature **1200**. The magnetic field produced by the field coils may interact with the energized armature in order to rotate the armature within the motor housing **1000**, with the rotating armature driving a gear reduction unit of the winch to rotate the drum in the second direction.

In some examples, the control module **1100** may include a motor speed sensor, motor current sensor, voltage sensor, motor direction sensor, motor position sensor, drum rotation sensor, and/or motor temperature sensor, and the control module **1100** may be configured to receive and/or transmit



wired and/or wireless signals from/to a controller area network (CAN) and/or winch accessories (e.g., an electric free spooling clutch actuator). In the example shown by FIGS. **11A-13**, the control module **1100** is configured to be directly electrically connected to the contactor **1106** via a controller connector **1138** of the contactor **1106**. The control module **1100** may receive electrical power from the power source via the controller connector **1138** of the contactor **1106** protruding from the outer casing **1189**. In one example, the control module **1100** may be plugged directly onto the controller connector **1138** of the contactor **1106** (e.g., the control module **1100** may include a port adapted to seat the control module **1100** on the contactor **1106** and receive electrical power from the controller connector **1138**).

The control module **1100** may additionally be electrically coupled to a motor sensor **1206** (shown by FIGS. **12-13**). The motor sensor **1206** (which may be referred to herein as a motor speed and position sensor) may be coupled to a first end **1223** of the armature **1200** (e.g., inserted onto the first end **1223** along the central axis **1005** of the armature **1200**) and may be housed within an annular portion **1225** of the control module **1100**. The annular portion **1225** of the control module **1100** may include one or more electrically conductive contacts (e.g., surfaces) configured to transmit electrical signals from the motor sensor **1206** to the control module **1100**. The motor sensor **1206** may sense a speed and/or position of the armature **1200** relative to the contactor housing **1000** and send electrical signals to the control module **1100** to indicate the speed and/or position of the armature **1200**. For example, the motor sensor **1206** may be adapted to measure one or more of a rotational speed of the motor, a direction of rotation of the motor, and a position of the motor.

The control module **1100** may include instructions stored thereon for adjusting operation of the motor in response to an output of the motor sensor and/or one or more other sensors of the motor, such as a temperature sensor, current sensor, voltage sensor, and/or signals from the remote control (similar to the example described above with reference to the motor **201**). In one example, the temperature sensor, current sensor, and/or voltage sensor may be directly integrated into the control module **1100**.

The temperature sensor may be configured to measure a temperature of the motor. In one example, the control module **1100** may monitor (e.g., measure) an output of the temperature sensor and compare the measured temperature to a threshold temperature. If the measured temperature exceeds the threshold temperature, the controller may de-energize (e.g., turn off) the motor in order to reduce the temperature of the motor. By integrating the temperature sensor into the control module **1100**, the temperature sensor may measure the temperature of the motor, and the control module **1100** may directly interpret the measured temperature from the temperature sensor without additional electrical connections. Similarly, by housing the motor sensor **1206** within the annular portion **1225** of the control module **1100**, the control module **1100** may directly interpret the speed and/or position of the motor from the motor sensor **1206** without additional electrical connections.

In another example, the voltage sensor may be configured to measure an operating voltage (e.g., 12 volts, 24 volts, 36 volts, or 48 volts, in some examples) of the motor. The control module **1100** may monitor (e.g., measure) an output of the voltage sensor and compare the measured voltage to an upper threshold voltage. If the measured voltage exceeds the upper threshold voltage, the control module **1100** may de-energize the field coils of the field coil array **1104** and/or

the conductive brushes of the **1102** via the contactor **1106** in order to reduce a likelihood of the motor being exposed to a voltage higher than a normal operating voltage. In another example, if the measured voltage is lower than a lower threshold voltage, the control module **1100** may de-energize the field coils of the field coil array **1104** and/or the conductive brushes of the **1102** via the contactor **1106** in order to reduce a likelihood of the motor being exposed to a voltage lower than a normal operating voltage. In one example, the normal operating voltage may be 12 volts, and the corresponding lower threshold voltage and upper threshold voltage may be 9 volts and 16 volts, respectively. In another example, the normal operating voltage may be 24 volts, and the corresponding lower threshold voltage and upper threshold voltage may be 18 volts and 32 volts, respectively. In yet another example, the normal operating voltage may be 36 volts, and the corresponding lower threshold voltage and upper threshold voltage may be 27 volts and 48 volts, respectively. In yet another example, the normal operating voltage may be 48 volts, and the corresponding lower threshold voltage and upper threshold voltage may be 36 volts and 64 volts, respectively. In this way, the motor may have a threshold operating range between the lower and upper threshold voltages and when a measured voltage is outside this range, the control module may stop operating the motor to reduce degradation to the motor, winch, and/or vehicle to which the winch is coupled.

In yet another example, the motor current sensor may be configured to measure an operating current of the motor. The control module **1100** may monitor an output of the current sensor and compare the measured current to a threshold current. If the measured current exceeds the threshold current, the control module **1100** may de-energize the field coils of the field coil array **1104** and/or the conductive brushes of the **1102** via the contactor **1106** in order to reduce a likelihood of the motor being exposed to an electrical current higher than a normal operating current.

Additionally, the control module **1100** may include instructions stored thereon for recording and storing specific winch events in non-volatile memory of the control module **1100**. For example, the control module **1100** may record and store winch usage data which may include one or more of motor current, temperature, and/or voltage levels throughout winch operation, a direction of rotation of the winch motor, events where motor operation of the winch had to be determined due to the motor temperature, current, and/or voltage exceeding or decreasing below threshold levels (as described above), winch clutch operation, etc. This usage data may be stored in the control module **1100** and then referenced during servicing of the winch or via a wireless connection with an external device. In this way, the usage data may be obtained to aid in winch system development, customer service, and/or winch servicing or repair.

In some embodiments, new set points may be loaded into the control module **1100**, by a user (via a wireless or direct wired connection to the controller via the terminals) to change how the controller adjusts motor operation based on measured voltage, temperature, speed, and/or current. For example, new or updated threshold current, voltage, temperature, and/or speed levels for motor operation may be loaded onto the memory of the controller. As a result, after updating these stored thresholds, the control module **1100** may adjust motor operation according to the newly updated thresholds (and not based on the old or previously stored thresholds). In another example, a bootloader may be present to change the application code stored in the controller memory, in the field (e.g., during winch operation and/or



when the winch is installed on a vehicle), in order to fix a bug or to provide new functionality for a specific winching application.

In the example shown by FIGS. **11A-13**, the contactor **1106** includes a wired remote connection **1136**. The wired remote connection **1136** may be electrically coupled to a control panel and/or remote control of the winch, such as the remote control described above. For example, the remote control may be utilized by the operator of the winch in order to adjust the speed of the winch, the direction of the rotation of the drum of the winch, etc. In one example, the first end of a wire, wire harness, cable, etc. may be coupled to the wired remote connection **1136**, and a second end may be coupled to the remote control and/or control panel. Within an interior of the contactor **1106**, the wired remote connection **1136** may be electrically coupled to the controller connector **1138**. In this configuration, the control module **1100** may be seated directly on the controller connector **1138**, and electrical signals may be transmitted between the control module **1100** and the remote control and/or control panel. For example, the control module **1100** may transmit electrical signals to the remote control and/or control panel by transmitting the electrical signals through the contactor **1106** from the controller connector **1138** to the wired remote connection **1136**. In another example, the remote control and/or control panel may transmit electrical signals to the control module **1100** through the contactor **1106** from the wired remote connection **1136** to the controller connector **1138**. In yet other examples, the contactor **1106** may not include the wired remote connection **1136**.

In the configurations described above with reference to FIGS. **10A-13**, there are no additional electrical connections between the contactor **1106** and the motor **1280** outside of the interior of the motor housing. In one example, the only electrical connection of the contactor **1106** and motor **1280** to the power source (e.g., the vehicle battery) that extends outside of the interior of the motor housing **1000** is the electrical connection (e.g., wire, wire harness, cable, etc.) coupling the power terminal **1134** of the contactor **1106** to the power source. The motor **1280** is adapted to receive electrical power via only the contactor **1106**, and the power terminal **1134** is the only component electrically coupling the contactor **1106** to the power source.

FIGS. **12-13** show different exploded views of motor assembly **1289** disposed within the motor housing **1000**. During conditions in which the motor assembly **1289** is assembled, the contactor **1106** (e.g., contactor assembly) is positioned in face sharing contact with a portion of an outer surface **1290** of the motor **1280** (e.g., the flux ring **1204**). Specifically, the outer casing **1189** of the contactor **1106** includes a plurality of inner surfaces positioned in face sharing contact with the outer surface **1290** of the motor **1280**, with the outer surface **289** being a cylindrical outer surface of the motor **1280**. For example, the outer casing **1189** includes a first angled surface **1291** and a second angled surface **1292** positioned opposite to each other across the central axis **1005**. The first angled surface **1291** and the second angled surface **1292** are angled opposite to each other (e.g., angled in opposite directions relative to each other and relative to the central axis **1005**). The first angled surface **1291** and the second angled surface **1292** may be referred to herein as inner surfaces. The first angled surface **1291** and the second angled surface **1292** are each planar surfaces (e.g., flat surfaces, without curvature). In other examples, the first angled surface **1291** and/or second angled surface **1292** may be curved (e.g., curving upwards or

downwards in a vertical direction relative to a surface on which the winch including the motor assembly **1289** sits).

As described above, the bottom end **1273** of the flux ring **1204** is positioned in face-sharing contact with the first angled surface **1291** and the second angled surface **1292**. The bottom end **1273** may be referred to herein as a bottom portion of the motor **1280**. The bottom end **1273** is the bottom end of the motor **1280** relative to a vertical direction and surface on which the winch that it includes the motor assembly **1289** sits. The contactor **1106** (e.g., contactor assembly) is positioned vertically below the motor **1280** in the vertical direction (e.g., the direction of the z-axis of reference axes **1099**).

The contactor **1106** additionally includes outer top walls positioned at the top end **1271**. Specifically, the outer casing **1189** of the contactor **1106** includes a first outer top wall **1293** and a second outer top wall **1294**. The first outer top wall **1293** is positioned opposite to the second outer top wall **1294** across the central axis **1005**. The first outer top wall **1293** and the second outer top wall **1294** are each planar, outer surfaces of the outer casing **1189** of the contactor **1106** (e.g., contactor assembly). The first outer top wall **1293** and the second outer top wall **1294** may be parallel and positioned at a same vertical height (e.g., a same vertical position along the z-axis of reference axes **1099**) relative to each other in some examples, such as that shown by FIGS. **12-13** and described herein. In other examples, the first outer top wall **1293** and the second outer top wall **1294** may be positioned at different vertical heights relative to each other and/or may be positioned at an angle relative to each other. The second field terminal **1130** extends upward and outward from the second outer top wall **1294**, and the first field terminal **1128** extends upward and outward from the first outer top wall **1293**. Specifically, the first field terminal **1128** extends in the vertical direction away from the first outer top wall **1293**, and the second field terminal **1130** extends in the vertical direction away from the second outer top wall **1294**, with the vertical direction being relative to the surface on which the winch that includes the motor assembly **1289** sits (e.g., the first field terminal **1128** and the second field terminal **1130** extend in a direction away from the outer casing **1189**). The first field terminal **1128** and the second field terminal **1130** may be referred to herein as electrical connections. The first field terminal **1128** and the second field terminal **1130** are electrically isolated from one another at the exterior of the outer casing **1189**. Said another way, the first field terminal **1128** and the second field terminal **1130** are not directly coupled to each other (e.g., via wires, etc.) outside of the outer casing **1189**.

As described above, the contactor **1106** includes the connector **1132**. The connector **1132** extends in the axial direction of the central axis **1005** (e.g., extends axially relative to the central axis **1005**, with the central axis **1005** being the rotational axis of the motor **1280**) away from a first end wall **1237** of the outer casing **1189**, with the first end wall **1237** being positioned opposite to a second end wall **1239** of the contactor **1106** along the central axis **1005**. The first end wall **1237** may be referred to herein as an outer end wall of the outer casing **1189**, and the second end wall **1239** may be referred to herein as an inner end wall of the outer casing **1189** (e.g., of the contactor **1106**). The first and second end walls of the contactor **1106** may be planar surfaces of the contactor **1106** (e.g., flat surfaces, and without curvature). The connector **1122** of the brush plate assembly **1102** may be coupled to the connector **1132** of the contactor **1106** by one or more wires extending at least partially in the axial direction of the central axis **1005** (e.g., parallel to the central axis **1005**). Similarly, the first field terminal **1128** and the second field terminal **1130** may be coupled to the first connector **1124** and the second connector **1126**, respectively, via one or more wires extending at least partially in the axial direction of the central axis **1005**. The motor end cap **1004** encloses each of the electrical connections described above (e.g., connector **1132**, first field terminal **1128**, second field terminal **1130**, first connector **1124**, second connector **1126**, etc.).

The drum support **1002** is coupled to an inner end **1255** of the motor and an inner end **1257** of the contactor **1106**. Specifically, the motor **1280** and the contactor **1106** are partially housed within the drum support **1002** and are supported by the drum support **1002** (e.g., at inner end **1255** and inner end **1257**). The motor **1280** and the contactor **1106** (e.g., contactor assembly) are contained (e.g., housed) within bounds defined by outer walls **1269** of the drum support **1002**. The drum support **1002** has a width **1265** (e.g., in a direction of the y-axis of reference axes **1099**) and a height **1267** (e.g., in a direction of the z-axis of reference axes **1099**), with the width **1265** and the height **1267** being distances between opposing outer walls **1269** of the drum support **1002**. An outer end of the motor **1280**, opposite to the inner end **1255**, is positioned away from the drum support **1002** and is enclosed entirely by the motor end cap **1004**.

In the examples described herein (and shown by FIGS. **12-13**), the first angled surface **1291** and the second angled surface **1292** of the contactor **1106** (e.g., of the outer casing **1189**) are angled relative to the first end wall **1237** and second end wall **1239**. In one example, a line normal (e.g., orthogonal) to the first angled surface **1291** may be perpendicular to both of the first end wall and the second end wall (e.g., perpendicular to a line normal to the first end wall **1237** and the second end wall **1239**). Similarly, a line normal to the second angled surface **1292** may be perpendicular to both of the first end wall and the second end wall (e.g., perpendicular to the line normal to the first end wall **1237** and the second end wall **1239**).

The technical effect of coupling the motor and contactor assembly together within the motor housing and/or together within a space defined by a drum support of the motor assembly, according to the examples shown by FIGS. **1-13** and described above, is to reduce an amount of wired electrical connections (e.g., external wired electrical connections that are external to the motor housing) between the power source, the contactor assembly, and the motor. The winch may be powered via a single power cable coupled to the terminals of the contactor assembly, with the brushes of the contactor assembly flowing electrical current from the power source to the armature of the motor. In this way, the winch may be more easily maintained, and an ease of winch component installation may be increased.

FIGS. **1-5** and FIGS. **7-13** show example configurations with relative positioning of the various components. If shown directly contacting each other, or directly coupled, then such elements may be referred to as directly contacting or directly coupled, respectively, at least in one example. Similarly, elements shown contiguous or adjacent to one another may be contiguous or adjacent to each other, respectively, at least in one example. As an example, components laying in face-sharing contact with each other may be referred to as in face-sharing contact. As another example, elements positioned apart from each other with only a space there-between and no other components may be referred to as such, in at least one example. As yet another example, elements shown above/below one another, at opposite sides

to one another, or to the left/right of one another may be referred to as such, relative to one another. Further, as shown in the figures, a topmost element or point of element may be referred to as a "top" of the component and a bottommost element or point of the element may be referred to as a "bottom" of the component, in at least one example. As used herein, top/bottom, upper/lower, above/below, may be relative to a vertical axis of the figures and used to describe positioning of elements of the figures relative to one another. As such, elements shown above other elements are positioned vertically above the other elements, in one example. As yet another example, shapes of the elements depicted within the figures may be referred to as having those shapes (e.g., such as being circular, straight, planar, curved, rounded, chamfered, angled, or the like). Further, elements shown intersecting one another may be referred to as intersecting elements or intersecting one another, in at least one example. Further still, an element shown within another element or shown outside of another element may be referred as such, in one example.

In one embodiment, a motor assembly for a winch comprises: a motor; and a contactor assembly coupled around and in face-sharing contact with a portion of an outer surface of the motor, the contactor assembly including two or more coils spaced apart from one another within the contactor assembly. In a first example of the motor assembly, components of the contactor assembly, including the two or more coils, are housed within an outer casing of the contactor assembly and the outer casing includes a plurality of inner surfaces in face-sharing contact with a cylindrical outer surface of the motor. A second example of the motor assembly optionally includes the first example, and further includes wherein the plurality of inner surfaces of the outer casing includes first and second planar surfaces that support a portion of the cylindrical outer surface of the motor, the first and second planar surfaces being angled relative to each other. A third example of the motor assembly optionally includes one or both of the first and second examples, and further includes wherein the portion of the cylindrical outer surface of the motor is a bottom portion relative to a vertical direction and surface on which a winch to which the motor assembly is coupled sits and wherein the contactor assembly is positioned vertically below the motor. A fourth example of the motor assembly optionally includes one or more or each of the first through third examples, and further includes wherein the contactor assembly includes electrical connections extending in an outer direction from an outer wall of the outer casing, the electrical connections spaced away and electrically isolated from one another. A fifth example of the motor assembly optionally includes one or more or each of the first through fourth examples, and further includes wherein the electrical connections include electrical motor connections adapted to connect to the motor, and further comprising a battery connection adapted to connect to an external power source, the battery connection extending outward from the outer casing. A sixth example of the motor assembly optionally includes one or more or each of the first through fifth examples, and further includes wherein the electrical motor connections are coupled to electrical contactor connections extending outward from the motor via wires extending between the electrical motor connections and the electrical contactor connections. A seventh example of the motor assembly optionally includes one or more or each of the first through sixth examples, and further includes a motor end cap enclosing each of the electrical motor connections, electrical contactor connections, and wires and wherein the motor end cap is coupled to the outer casing. An eighth example of the motor assembly optionally includes one or more or each of the first through seventh examples, and further includes a drum support coupled to an inner end of the motor and an inner end of the contactor assembly and wherein the motor and contactor assembly are contained within bounds defined by outer walls of the drum support. A ninth example of the motor assembly optionally includes one or more or each of the first through eighth examples, and further includes wherein a spindle of the motor is supported within an opening of the drum support by an annular bearing. A tenth example of the motor assembly optionally includes one or more or each of the first through ninth examples, and further includes a motor end cap coupled to an outer end wall of the contactor assembly, the outer end wall arranged opposite the inner end wall, and contained within the bounds defined by the outer walls of the drum support. An eleventh example of the motor assembly optionally includes one or more or each of the first through tenth examples, and further includes wherein an outer end of the motor is enclosed entirely by the motor end cap.

In another embodiment, a motor assembly for a winch comprises: a drum support adapted to support a rotatable drum of the winch; a motor with a cylindrical housing coupled to the drum support; and a contactor assembly including an outer casing with a planar, inner end wall enclosed by the drum support and a plurality of angled inner surfaces coupled around and in face-sharing contact with a portion of the cylindrical housing of the motor, where for each inner surface of the plurality of angled inner surfaces, a corresponding line normal to the inner surface is perpendicular to a line normal to the inner end wall. In a first example of the motor assembly, the drum support includes outer walls defining an overall width and height of the motor assembly and an entirety of the motor and the contactor assembly are contained within bounds defined by the overall width and height. A second example of the motor assembly optionally includes the first example, and further includes wherein the contactor assembly includes two or more coils spaced apart from one another within the contactor assembly. A third example of the motor assembly optionally includes one or both of the first and second examples, and further includes wherein the contactor assembly includes a plurality of planar, outer top walls and a plurality of electrical connections extending outward and away from the plurality of outer top walls, and further comprising one or more wired connections connecting electrical connections of the motor to at least a portion of the plurality of electrical connections of the contactor assembly, the wired connections extending axially between the motor and the contactor assembly relative to a rotational axis of the motor. A fourth example of the motor assembly optionally includes one or more or each of the first through third examples, and further includes a motor end cap coupled to an outer end wall of the contactor assembly and enclosing the plurality of electrical connections of the contactor assembly, the wired connections, and the electrical connections of the motor.

In one embodiment, a winch comprises: a rotatable drum mounted between a first drum support and second drum support; a motor coupled to the first drum support; a contactor assembly coupled to the first drum support and coupled around an outer cylindrical surface of the motor; one or more electrical connections between the motor and the contactor assembly; and a motor end cap covering the one or more electrical connections and coupled to the contactor assembly. In a first example of the winch, the contactor assembly includes an outer casing and a first end of the outer casing is housed by the first drum support and

an opposite, second end of the outer casing is housed by the motor end cap. A second example of the winch optionally includes the first example, and further includes wherein the first end and second end of the outer casing are planar end walls and wherein the outer casing further includes a plurality of angled inner surfaces positioned between the first end and second end and angled to have face-sharing contact with a portion of the outer cylindrical surface of the motor.

The control methods and routines disclosed herein may be stored as executable instructions in non-transitory memory and may be carried out by the control system including the controller in combination with the various sensors, actuators, and other engine hardware. The specific routines described herein may represent one or more of any number of processing strategies such as event-driven, interrupt-driven, multi-tasking, multi-threading, and the like. As such, various actions, operations, and/or functions illustrated may be performed in the sequence illustrated, in parallel, or in some cases omitted. Likewise, the order of processing is not necessarily required to achieve the features and advantages of the example embodiments described herein, but is provided for ease of illustration and description. One or more of the illustrated actions, operations and/or functions may be repeatedly performed depending on the particular strategy being used. Further, the described actions, operations and/or functions may graphically represent code to be programmed into non-transitory memory of the computer readable storage medium in the engine control system, where the described actions are carried out by executing the instructions in a system including the various engine hardware components in combination with the electronic controller.

It will be appreciated that the configurations and routines disclosed herein are exemplary in nature, and that these specific embodiments are not to be considered in a limiting sense, because numerous variations are possible. The subject matter of the present disclosure includes all novel and non-obvious combinations and sub-combinations of the various systems and configurations, and other features, functions, and/or properties disclosed herein.

The following claims particularly point out certain combinations and sub-combinations regarded as novel and non-obvious. These claims may refer to "an" element or "a first" element or the equivalent thereof. Such claims should be understood to include incorporation of one or more such elements, neither requiring nor excluding two or more such elements. Other combinations and sub-combinations of the disclosed features, functions, elements, and/or properties may be claimed through amendment of the present claims or through presentation of new claims in this or a related application. Such claims, whether broader, narrower, equal, or different in scope to the original claims, also are regarded as included within the subject matter of the present disclosure.

The invention claimed is:

**1**. A motor assembly for a winch, comprising:

a motor;

a contactor assembly coupled around and in face-sharing contact with a portion of an outer surface of the motor, the contactor assembly including two or more coils spaced apart from one another within the contactor assembly;

a drum support coupled to an inner end of the motor and an inner end of the contactor assembly and wherein the motor and contactor assembly are contained within bounds defined by outer walls of the drum support; and

a motor end cap coupled to an outer end wall of the contactor assembly, the outer end wall arranged opposite an inner end wall of the contactor assembly, and contained within the bounds defined by the outer walls of the drum support.

**2**. The motor assembly of claim **1**, wherein components of the contactor assembly, including the two or more coils, are housed within an outer casing of the contactor assembly and wherein the outer casing includes a plurality of inner surfaces in face-sharing contact with a cylindrical outer surface of the motor.

**3**. The motor assembly of claim **2**, wherein the plurality of inner surfaces of the outer casing includes first and second planar surfaces that support a portion of the cylindrical outer surface of the motor, the first and second planar surfaces being angled relative to each other.

**4**. The motor assembly of claim **3**, wherein the portion of the cylindrical outer surface of the motor is a bottom portion relative to a vertical direction and surface on which a winch to which the motor assembly is coupled sits and wherein the contactor assembly is positioned vertically below the motor.

**5**. The motor assembly of claim **2**, wherein the contactor assembly includes electrical connections extending in an outward direction from an outer wall of the outer casing, the electrical connections spaced away and electrically isolated from one another.

**6**. The motor assembly of claim **5**, wherein the electrical connections include electrical motor connections adapted to connect to the motor, and further comprising a battery connection adapted to connect to an external power source, the battery connection extending outward from the outer casing.

**7**. The motor assembly of claim **6**, wherein the electrical motor connections are coupled to electrical contactor connections extending outward from the motor via wires extending between the electrical motor connections and the electrical contactor connections.

**8**. The motor assembly of claim **7**, further comprising a motor end cap enclosing each of the electrical motor connections, electrical contactor connections, and wires and wherein the motor end cap is coupled to the outer casing.

**9**. The motor assembly of claim **1**, wherein a spindle of the motor is supported within an opening of the drum support by an annular bearing.

**10**. The motor assembly of claim **1**, wherein an outer end of the motor is enclosed entirely by the motor end cap.

* * * * *