NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000

ATTORNEY(S) FOR: Defendant Warn Industries, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTIN AUTOMOTIVE PRODUCTS, INC.<br>Plaintiff(s),<br>v.<br>WARN INDUSTRIES, INC.<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-05256-RGK-AYP<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Warn Industries, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Warn Industries, Inc. | Defendant |
| LKQ Corporation<br><br>Blackrock, Inc. | Warn Industries, Inc. is a wholly-owned subsidiary of LKQ Corporation, a publicly-held corporation. LKQ Corporation has no parent corporation, and only Blackrock, Inc. owns 10% or more of LKQ Corporation's stock. |

October 30, 2026
Date

/s/ Erik J. Halverson
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Warn Industries, Inc.